**EXHIBIT 11**

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>MICHAEL J. BAKER, Bar #56492<br>HOWARD RICE NEMEROVSKI CANADY, ET AL.<br>THREE EMBARCADERO CENTER<br>7TH FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-434-1600    *FAX No:* 415-217-5910 | *For Court Use Only*<br><br>**FILED**<br>**SAN MATEO COUNTY**<br><br>FEB 2 3 2007<br>Clerk of the Superior Court<br>By<br>DEPUTY CLERK |

*Attorney for:* Plaintiff      *Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
SAN MATEO COUNTY SUPERIOR COURT

*Plaintiff:* ATR-KIM ENG FINANCIAL CORP., et al.

*Defendant:* HUGO BONILLA, et al.

| **PROOF OF SERVICE**<br>**FIRST AMENDED SUMMON** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CIV 460691 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the FIRST AMENDED SUMMONS; FIRST AMENDED COMPLAINT;  ADR PACKAGE;  CIVIL CASER COVER SHEET;  NOTICE OF CASE MANAGEMENT CONFERENCE;  CASE MANAGEMENT STATEMENT (BLANK);  RULES 2.0-2.30 OF LOCAL RULES OF COURT;  TELEPHONIC APPEARANCE PAPERS.

3.   *a. Party served:*                          ALBERT K. MARTIN ATTORNEY AT LAW ON BEHALF OF HUGO BONILLA

    *b. Person served:*                        PATRICIA PREVETTE, PARALEGAL, AUTHORIZED TO ACCEPT

4. *Address where the party was served:*        4 WEST FOURTH AVENUE, SUITE 508<br>                                                  SAN MATEO, CA  94402

5. *I served the party:*
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 20, 2007 (2) at: 3:20PM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
    *on behalf of:*  ALBERT K. MARTIN ATTORNEY AT LAW ON BEHALF OF HUGO BONILLA

7. *Person Who Served Papers:*                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. EDGAR  MENDEZ                          d.   *The Fee for Service was:*

                                                  e.   I am: (3) registered California process server

**First Legal Support Services** ℠<br>ATTORNEY SERVICES<br>1138 HOWARD STREET<br>San Francisco, CA 94103<br>(415) 626-3111, FAX (415) 626-1331

                                     *(i)*   Employee<br>                                       *(ii)*   *Registration No.:*     2006-0000964-00<br>                                       *(iii)*   *County:*                San Francisco<br>                                       *(iv)*   *Expiration Date:*     Fri, Feb. 15, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Feb. 21, 2007

                                         *(EDGAR MENDEZ)*

**EXHIBIT 12**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| MATTHEW L. BELTRAMO, Bar #184796<br>HOWARD RICE NEMEROVSKI CANADY, ET AL.<br>THREE EMBARCADERO CENTER<br>7TH FLOOR<br>SAN FRANCISCO, CA 94111 | | **FILED**<br>SAN MATEO COUNTY |

Telephone No: 415-434-1600        FAX No: 415-217-5910

*Attorney for:* Plaintiff

Ref. No. or File No.:

MAR - 5 2007

Clerk of the Superior Court

By *Widdlecaule*

DEPUTY CLERK

Insert name of Court, and Judicial District and Branch Court:

SAN MATEO COUNTY SUPERIOR COURT

*Plaintiff:* ATR-KIM ENG FINANCIAL CORP., et al.

*Defendant:* HUGO BONILLA, et al.

| **PROOF OF SERVICE<br>SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CIV 460691 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS; CIVIL CASE COVER SHEET; FIRST AMENDED COMPLAINT; NOTICE OF CASE MANAGEMENT CONFERENCE; CASE MANAGEMENT STATEMENT (BLANK); ADR INFORMATION PACKAGE; STIPULATION TO ADR (BLANK); LOCAL RULES OF COURT; TELEPHONIC APPEARANCE PAPERS.

*3. a. Party served:*          DORA M. ABEROUETTE

*4. Address where the party was served:*          170 YORKSHIRE COURT<br>SAN BRUNO, CA 94066

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 27, 2007 (2) at: 8:42PM

*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

*7. Person Who Served Papers:*
   a. VERGILIO RONDOLO

First Legal Support Services ℠
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. *The Fee for Service was:*    $143.00

e. I am: (3) registered California process server
   *(i)* Owner
   *(ii) Registration No.:*    285
   *(iii) County:*    San Mateo

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Mar. 01, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS

(VERGILIO RONDOLO)

633.7497.matbe-hr.55451

**EXHIBIT 13**

**POS-010**

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Michael J. Baker (56492)<br>Matthew L. Beltramo (184796)<br>Howard Rice Nemerovski Canady Falk & Rabkin<br>Three Embarcadero Center, 7th Floor<br>San Francisco, California 94111<br>TELEPHONE NO.: (415) 434-1600   FAX NO. *(Optional):* (415) 217-5910<br>E-MAIL ADDRESS *(Optional):* mbeltramo@howardrice.com<br>ATTORNEY FOR *(Name):* ATR-Kim Eng Financial Corp. & ATR-Kim | **FILED**<br>**SAN MATEO COUNTY**<br>MAR - 8 2007<br>Clerk of the Superior Court<br>By _Huddleomly_<br>DEPUTY CLERK |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Mateo<br>STREET ADDRESS: 400 County Center<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Redwood City, CA 94063<br>BRANCH NAME: Southern Branch | |
| PLAINTIFF/PETITIONER: ATR-Kim Eng Financial Corporation and<br>ATR-Kim Eng Capital Partners, Inc.<br>DEFENDANT/RESPONDENT: Hugo Bonilla, Monica Araneta, Dora M.<br>Aberouette, Michelle Bonilla, and Does 1-50 | CASE NUMBER:<br>CIV 460691 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:
    a. ☒ summons   (First Amended Summons)
    b. ☒ complaint   (First Amended Complaint)
    c. ☒ Alternative Dispute Resolution (ADR) package
    d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
    e. ☐ cross-complaint
    f. ☒ other *(specify documents):* (1) Notice of Case Management Conference (w/ blank case management statement); (2)Rules 2.0-2.30 of Local Rules of Court; and (3) telephonic appearance papers

3.  a. Party served *(specify name of party as shown on documents served):* Monica Araneta

    b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4.  Address where the party was served: 48-A McKinley Rd., Forbes Park, Makati City, Philippines

5.  I served the party (check proper box)
    a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*
    b. ☒ **by substituted service.** On *(date):* 2/26/07 at *(time):* 2:30 p.m. I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

        (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2) ☒ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 2/26/07 from *(city):* Makati Central Post Office   Makati City   ☒ a declaration of mailing is attached.

        (5) ☒ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Legal<br>Solutions<br>Plus |

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: ATR-Kim Eng Financial Corporation & ATR-Kim Eng Capital Partners, Inc.<br>DEFENDANT/RESPONDENT: Hugo Bonilla, Monica Araneta, et al. | CASE NUMBER:<br>CIV 460691 |
| --- | --- |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☒ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☐ On behalf of *(specify):*

     under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)

      ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)

      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)

      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)

      ☐ 416.50 (public entity)             ☐ 415.46 (occupant)

                                    ☐ other:

7. **Person who served papers**

  a. Name:   JEAN JACQUELYN NATHANIA A. DE CASTRO

  b. Address:  P/H LTA Bldg., 118 Perea St., Legaspi Vill., 1229 Makati City, Philippines

  c. Telephone number: +6328189836

  d. The fee for service was: $    N/A

  e. I am:

    (1) ☒ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ registered California process server:

      (i) ☐ owner    ☐ employee   ☐ independent contractor.

      (ii)  Registration No.:

      (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:

JEAN JACQUELYN NATHANIA A. DE CASTRO             ▶                            signed on
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                      (SIGNATURE )      MAR - 6 2007

*Embassy of the United States of America*

*Manila, Philippines*

Republic of the Philippines  )
City of Manila               )
Embassy of the United States )
    of America             )  ss:

SUBSCRIBED AND SWORN to before me, **JoAnn O. Donovan**, Consular Associate

of the United States of America at Manila, Philippines, duly commissioned and

qualified, this **6th day of March 2007** by

    **\*\*JEAN JACQUELYN NATHANIA DE CASTRO\*\***

        Consular Associate of the
        United States of America
        Indefinite Commission

"The Embassy assumes no responsibility for the truth of falsity of the representations, which appear in
the foregoing (or, annexed) document (or specified elements of the document)."

1   MICHAEL J. BAKER (No. 56492)
    Email: mbaker@howardrice.com
2   MATTHEW L. BELTRAMO (No. 184796)
    Email: mbeltramo@howardrice.com
3   HOWARD RICE NEMEROVSKI CANADY
         FALK & RABKIN
4   A Professional Corporation
    Three Embarcadero Center, 7th Floor
5   San Francisco, California 94111-4024
    Telephone:   415/434-1600
6   Facsimile:   415/217-5910

7   Attorneys for Plaintiffs and Judgment Creditors
    ATR-KIM ENG FINANCIAL CORPORATION and
8   ATR-KIM ENG CAPITAL PARTNERS, INC.

9
              SUPERIOR COURT OF THE STATE OF CALIFORNIA
10
                     COUNTY OF SAN MATEO
11
                     UNLIMITED JURISDICTION
12

13
HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
14

15
    ATR-KIM ENG FINANCIAL              No. CIV 460691
16  CORPORATION and ATR-KIM ENG
    CAPITAL PARTNERS, INC.,            DECLARATION OF REASONABLE
17                                     DILIGENCE OF JEAN JACQUELYN
                 Plaintiffs,           NATHANIA A. DE CASTRO
18
         v.
19
    HUGO BONILLA, MONICA ARANETA,
20  DORA M. ABEROUETTE, MICHELLE
    BONILLA, and DOES 1-50,
21
                 Defendants.
22

23

24

25

26

27

28

─────────────────────────────────────────
              DECLARATION OF REASONABLE DILIGENCE

I, Jean Jacquelyn Nathania A. De Castro, declare as follows:

1.    I am a member of the legal staff of the Villaraza & Angangco Law Offices. I am over 18 years of age and my business address is located at the Penthouse, LTA Building, 118 Perea Street, Legaspi Village, 1229 Makati City, Metro Manila, Philippines. I make this declaration upon personal knowledge and, if called upon to testify, could and would testify competently hereto.

2.    On February 26, 2007, around 2:30 p.m. (Philippines time), I went to the residence of Monica Araneta which is located at 48-A McKinley Street, Forbes Park Subdivision, Makati City, Philippines in order to serve on her the First Amended Summons, First Amended Complaint, ADR Packet, Civil Case Cover Sheet and other related documents on said Defendant in San Mateo County Superior Court Case No. CIV 460691, entitled *ATR-Kim Eng Financial Corporation, et. al. v. Hugo Bonilla, Monica Araneta, et. al.*

3.    The residence is fronted by a gate, which is staffed by a security guard. I rang the doorbell and the guard responded to the gate. I asked if Monica Araneta was home. The guard said, "Yes."

4.    I then asked the guard if I could speak with Monica Araneta in order to give her some important documents. The guard asked me to wait and he went inside.

5.    After a while, the guard came out again and told me that he was mistaken and that Monica Araneta had left already through the other gate.

6.    I then asked if I could speak to either Monica Araneta's mother or father, who also live at that residence, to the best of my knowledge. He said that it was only the mother who was at home. I asked to speak with her.

7.    The guard went inside the house again and came back out after a few minutes. He said that Monica Araneta's mother was also not home. He asked me to come back again and closed the gate.

8.    I rang the doorbell again and asked the guard to receive the documents instead for Monica Araneta. He agreed. I explained to him I was handing him an envelope, which

-1-

DECLARATION OF REASONABLE DILIGENCE

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN

1   contained court papers from the court in California for Monica Araneta.

2       9.    I asked the guard what his full name was and he answered, "BADILIS

3   TAMPUNGAN PANUNTUNGAN." I asked how old he was and he said he was over fifty

4   (50) years old, which was consistent with his apparent age. I then handed him the envelope,

5   which he received. The envelope contained the documents described above.

6       10.    I then proceeded immediately to the Makati Central Post Office and caused a

7   photocopy of the above-mentioned documents to be delivered by registered mail to the

8   residence of Monica Araneta located at 48-A McKinley Street Forbes Park Subdivision,

9   Makati City, Philippines, as proven by Registry Receipt No. 3167 which is attached hereto

10  as Exhibit "A".

11

12      I declare under penalty of perjury under the laws of the State of California, United

13  States of America, that the foregoing is true and correct.  Executed this ___th day of

14  _____, 2007 at the Embassy of the United States of America, 1201 Roxas Boulevard,

15  Metro Manila, Philippines 1000.

16

17

18                              JEAN JACQUELYN NATHANIA A. DE CASTRO

19

20

21

22

23

24

25

26

27

28

DECLARATION OF REASONABLE DILIGENCE

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN



*Embassy of the United States of America*

*Manila, Philippines*

Republic of the Philippines    )
City of Manila                         )
Embassy of the United States )
    of America                     )    ss:

SUBSCRIBED AND SWORN to before me, **JoAnn O. Donovan**, Consular Associate

of the United States of America at Manila, Philippines, duly commissioned and

qualified, this **6th day of March 2007** by

        **\*\*JEAN JACQUELYN NATHANIA DE CASTRO\*\***

                                       Consular Associate of the
                                       United States of America
                                       Indefinite Commission

---

"The Embassy assumes no responsibility for the truth of falsity of the representations, which appear in
the foregoing (or, annexed) document (or specified elements of the document)."

REGISTRY RECEIPT          **3167**

Post Office

Letter/Pack

Posted on

Preserve this receipt for reference in case of inquiry

FEB 2 6 2002

NO.

MICHAEL J. BAKER (No. 56492)
Email: mbaker@howardrice.com
MATTHEW L. BELTRAMO (No. 184796)
Email: mbeltramo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910

Attorneys for Plaintiffs and Judgment Creditors
ATR-KIM ENG FINANCIAL CORPORATION and
ATR-KIM ENG CAPITAL PARTNERS, INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN MATEO

UNLIMITED JURISDICTION

| ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC., | No. CIV 460691 |
|---|---|
| Plaintiffs, | DECLARATION OF REASONABLE DILIGENCE OF MARILYN L. QUIZON |
| v. | |
| HUGO BONILLA, MONICA ARANETA, DORA M. ABEROUETTE, MICHELLE BONILLA, and DOES 1-50, | |
| Defendants. | |

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

1    I, Marilyn L. Quizon, declare as follows:

2    1.    I am over the age of 18 years old and am employed as a member of the legal staff

3    of the Villaraza & Angangco Law Offices with the office address of 4th Floor, LTA

4    Building, 118 Perea Street, 1229 Legaspi Village, Makati City, Metro Manila, Philippines. I

5    make this declaration upon personal knowledge and, if called upon to testify, could and

6    would testify competently hereto.

7    2.    On February 21, 2007, around 8:30 a.m. (Philippine time), I went to the residence

8    of Monica Araneta which is located at 48-A McKinley Street, Forbes Park Subdivision,

9    Makati City, Philippines in order to serve on her the First Amended Summons, First

10   Amended Complaint, ADR Packet, Civil Case Cover Sheet and other related documents on

11   Monica Araneta in San Mateo County Superior Court Case No. CIV 460691, entitled *ATR-*

12   *Kim Eng Financial Corporation and ATR-Kim Eng Capital Partners, Inc., et. al. v. Hugo*

     *Bonilla, Monica Araneta, et. al.*

13   3.    The residence is fronted by a gate, which is staffed by a security guard.  The

14   guard met me at the gate, and I asked him for permission to speak with Monica Araneta.

15   After I gave him my name, he made me wait outside while he went inside the compound and

16   closed a smaller gate leading to the guard area.  He said that he still had to call the persons in

17   the house through their intercom phone.

18   4.    After some minutes, the guard returned to the gate and asked me for some

19   identification.  I gave him my Philippine driver's license.  I then asked that I be let inside to

20   use the intercom phone so that I could speak directly to Monica Araneta to inform her of the

21   California court documents I needed to serve upon her.

22   5.    The guard allowed me to go inside the gate and into a sort of open guardhouse

23   where the intercom phone was located.

24   6.    Through the intercom phone, I was able to speak with a maid inside the house

25   named "Mimi."

26   7.    Mimi told me that the California court documents should just be given to her.  I

27   insisted that I needed to talk with Monica Araneta directly.  She put down the phone and told

28   me to wait a while.

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN

-1-

DECLARATION OF REASONABLE DILIGENCE

8.    The intercom phone rang once and the guard answered it, then told me that the person at the other end wanted to talk to me.

9.    The person on the phone had a female voice and asked for my name and the company I was working for. I gave her my name and asked who she was. She said she was the mother of Monica Araneta and that I should just tell her what I wanted to tell Monica Araneta. I told her that I needed to talk with Monica Araneta directly as I had California court documents to serve upon her.

10.   In the background, I heard a male voice saying, "Just get it. It's just a notice. Just acknowledge and sign it."

11.   Instead of speaking with me again, the woman who identified herself as Monica Araneta's mother spoke to the person with the male voice in the background and said in a raised voice, "Sign what? What papers? For Monica?" The male voice answered, "Yes, it's just a notice from the court."

12.   The person with a male voice then took the intercom and asked for my name, which I gave to him. I asked for his name as well. He said that he was Carlos Araneta, the father of Monica Araneta. He demanded that I identify the company I was working for. I told him that I needed to speak with Monica Araneta directly in order to give her the California court documents.

13.   Carlos Araneta said that he would be the one to acknowledge and sign the California court documents for his daughter. I again stated that I needed to talk to Monica Araneta directly.

14.   Carlos Araneta then said that Monica Araneta was in the city of Baguio (which is located in the northern part of the Philippines) and that he did not know when she actually had left or whether she would return to their residence. Carlos Araneta told me that his daughter was already, "of age," meaning that she was an adult. Seeing that further insistence on this point was futile, I informed him that I would just come back some other time.

15.   At around 11:00 a.m. that same day, I returned to the same address and tried to confirm with the guard whether Monica Araneta was within the premises.

-2-

DECLARATION OF REASONABLE DILIGENCE

16. He said that Monica Araneta had left with friends early that day and that I should try to come back around 3:00 to 3:30 p.m., since she would usually come home around that time. When I asked him for the specific time that Monica Araneta had left the house, he said that he did not know because his duty was only to record the names of the persons who come inside their compound. I then left the premises.

17. I returned to the same address at around 3:00 p.m. on February 21, 2007. The guard said that Monica Araneta had not returned and that he had no idea when she would return. I asked that he allow me to speak with any other person in the house who might know of Monica Araneta's whereabouts. The guard said that there was no one inside the house who had this information. At this point, I left.

18. I returned to the same address the next day, February 22, 2007, at around 10:30 a.m. A companion of mine, Jean Jacquelyn Nathania A. de Castro ("Ms. de Castro"), went to the back gate of the house with a copy of the documents to be served in case Monica Araneta exited from the back gate.

19. The guard at the gate appeared to recognize me and immediately stated that Monica Araneta was not there but that her father, Carlos Araneta, wanted to talk to me.

20. I again requested to talk to Monica Araneta directly. The guard reiterated that she was not inside the house but that Carlos Araneta wanted to talk to me.

21. After a few minutes, the guard came out followed by a man who appeared irritated. The man then introduced himself as Carlos Araneta.

22. I thanked him for coming out and meeting me but told him that it was really Monica Araneta to whom I needed to speak so that I could personally deliver to her the California court documents in this case.

23. Carlos Araneta became angrier and insisted that I give him the California court documents since he was Monica Araneta's father. Moreover, he said that the documents should be given to him since Monica Araneta was not home.

24. I inquired about Monica Araneta's whereabouts and sought confirmation that she lived at this address. He confirmed that she lived at this address but said she was in the beach resort of Boracay which is in mid-southern part of the Philippines. I then reminded

-3-

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN

1   him that yesterday he had said she was in Baguio (which is located approximately 420 miles

2   from Boracay). He then said that since Monica had just graduated from college, she wanted

3   to travel around the Philippines and *might* be in Boracay.

4       25.   I asked him whether he had contacted her about the California court documents I

5   tried to serve the other day. He said that he had not.

6       26.   I told him that these were very important California court papers. Again, Carlos

7   Araneta insisted that I give the papers to him, explaining that even if he contacted Monica

8   Araneta, she would just ask him to receive the documents for her since she was vacationing.

9       27.   As I was about to leave, Carlos Araneta said that he did not care whether I came

10   back everyday. He then banged the gate on me.

11       28.   At about 11:15 a.m. that same day, I went back to the same address with my

12   companion, Ms. de Castro. Carlos Araneta came to the gate again and asked Ms. De Castro

13   to convince me to give the papers to him. She declined.

14       29.   I then explained to him that we really needed to give the California court

15   documents to Monica Araneta because we were instructed to serve them on her personally. I

16   explained to Carlos Araneta that since we cannot serve the court papers on Monica Araneta

17   personally, we would resort to substitute service.

18       30.   Carlos Araneta said, "Go ahead, do what you want," and began to talk angrily.

19   We let him finish his statement and left the area after a few minutes.

20       I declare under penalty of perjury under the laws of the State of California, United

21   States of America, that the foregoing is true and correct. Executed this ___th day of

22   MAR - 6 2007 , 2007 at the Embassy of the United States of America, 1201 Roxas Boulevard,

23   Metro Manila, Philippines 1000.



                                _____

                                  MARILYN L. QUIZON

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

-4-

DECLARATION OF REASONABLE DILIGENCE



*Embassy of the United States of America*

*Manila, Philippines*

Republic of the Philippines   )
City of Manila                )
Embassy of the United States )
      of America              )   ss:

SUBSCRIBED AND SWORN to before me, **JoAnn O. Donovan**, Consular Associate

of the United States of America at Manila, Philippines, duly commissioned and

qualified, this **6th day of March 2007** by

       **\*\*MARILYN LAGUESMA QUIZON\*\***

_____
Consular Associate of the
United States of America
Indefinite Commission

"The Embassy assumes no responsibility for the truth of falsity of the representations, which appear in
the foregoing (or, annexed) document (or specified elements of the document)."

**EXHIBIT 14**

MAR-12-2007  14:42      FIRST LEGAL SF                              415 626 4138    P.02/02

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>MATTHEW L. BELTRAMO, Bar #184796<br>HOWARD RICE NEMEROVSKI CANADY, ET AL.<br>THREE EMBARCADERO CENTER<br>7TH FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-434-1600      *FAX No:* 415-217-5910 | **FILED**<br>SAN MATEO COUNTY<br><br>MAR 1 3 2007<br><br>Clerk of the Superior Court<br>By_____<br>DEPUTY CLERK |

*Cme*
*06/08*

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
SAN MATEO COUNTY SUPERIOR COURT

*Plaintiff:* ATR-KIM ENG FINANCIAL CORP., et al.
*Defendant:* HUGO BONILLA, et al.

| **PROOF OF SERVICE**<br>**SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CIV 460691 |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS; CIVIL CASE COVER SHEET; FIRST AMENDED COMPLAINT; NOTICE OF CASE MANAGEMENT CONFERENCE

3.  *a. Party served:*          MICHELLE BONILLA
    *b. Person served:*        ALBERT K MARTIN, ATTORNEY FOR RECORD FOR DEFENDANT

4.  *Address where the party was served:*      3 EMBARCADERO CENTER, 7TH FLOOR
                                                SAN FRANCISCO, CA 94111

5.  *I served the party:*
    a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Mar. 07, 2007 (2) at: 3:55PM

6.  *The "Notice to the Person Served" (on the Summons) was completed as follows:*
    a.  as an individual defendant

7.  *Person Who Served Papers:*                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. HEATHER DEAN                         d.  *The Fee for Service was:*    $101.53

                                            e.  I am: Not a Registered California Process Server

First Legal Support Services
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Mon, Mar. 12, 2007

Judicial Council Form POS-010          PROOF OF SERVICE                    _____          0239179.maibe-hr.57749
Rule 982.9.(a)&(b) Rev January 1, 2007      SUMMONS                        (HEATHER DEAN)

TOTAL P.02

**EXHIBIT 15**

q.s.-cccc

1   LAW OFFICE OF    (CSB #113228)
2   DAVID M. SLOAN
    655 MIDDLEFIELD ROAD
3   REDWOOD CITY, CA 94063
    TELEPHONE:(650) 299-9655
4   FACSIMILE:  (650) 299-9129

5   Attorney for Defendant Monica Araneta

**FILED**
SAN MATEO COUNTY

APR   9 2007

Clerk of the Superior Court
By _____
       DEPUTY CLERK

6

7              SUPERIOR COURT OF CALIFORNIA
8                 COUNTY OF SAN MATEO
                  (UNLIMITED JURISDICTION)

9

10

11  ATR-KIM ENG FINANCIAL CORPORATION          CASE NO.    CIV 460691
    and ATR-KIM ENG CAPITAL PARTNERS,
12  INC.,

13             Plaintiffs,
                                               ARANETA GENERAL DENIAL
14                                             TO UNVERIFIED FIRST
                                               AMENDED COMPLAINT
15  HUGO BONILLA, MONICA ARANETA, DORA
16  M. ABERQUETTE, MICHELLE BONILLA, and
    DOES 1-50,
17
               Defendants.
18

19

20       Comes now Defendant Monica Araneta (hereinafter referred to as "Defendant"), and

21  answering the Unverified First Amended Complaint of ATR-KIM Eng Financial Corporation

22  and ATR-KIM Eng Capital Partners, Inc., (hereinafter collectively  referred to as "Plaintiffs"),

23  on file herein, admits, denies, and alleges as follows:

24
                              GENERAL DENIAL
25

26       Defendant, under Code of Civil Procedure §431.30(d), in answer to the First through

27  Sixth Causes of Action, inclusive, of the Plaintiffs' Unverified First Amended Complaint on

28

DAVID M. SLOAN
  ATTORNEY AT LAW
655 MIDDLEFIELD ROAD
REDWOOD CITY, CA 94063
TELEPHONE: 650•299•9655

_____

ARANETA GENERAL DENIAL TO UNVERIFIED FIRST AMENDED COMPLAINT            1

1  file herein, generally denies each and every allegation therein and the whole thereof.

2  ## FIRST AFFIRMATIVE DEFENSE

3  AS AND FOR A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE to said

4
5  Unverified First Amended Complaint, Defendant alleges that the Unverified First Amended

6  Complaint, and each purported cause of action therein, fails to state facts sufficient to

7  constitute a cause of action against the Defendant.

8  ## SECOND AFFIRMATIVE DEFENSE

9  AS AND FOR A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE to said

10  Unverified First Amended Complaint, Defendant alleges that the  injuries and damages of

11
12  which Plaintiffs complain, if any there were, were proximately caused by the negligence and/or

13  breach of contract by other persons, firms, corporation, and entities, including but not limited

14  to, Plaintiffs and other third parties, for whom the Defendant is not responsible and should

15  Plaintiffs be entitled to recover under their Unverified First Amended Complaint, its recovery

16  should be reduced in proportion to the negligence and/or breach of contract of such other

17  persons, firms, corporations, and entities.

18
19  ## THIRD AFFIRMATIVE DEFENSE

20  AS AND FOR A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE to said

21  Unverified First Amended Complaint, Defendant alleges that the sole proximate cause of the

22  occurrences alleged in the Unverified First Amended Complaint was the negligence and/or

23  breach of contract by other persons, firms, corporations, and entities, including, but not limited

24  to, Plaintiffs and other third parties, for whom Defendant is not and was not responsible.

25
26
27
28

ARANETA GENERAL DENIAL TO UNVERIFIED FIRST AMENDED COMPLAINT                    2

DAVID M. SLOAN
ATTORNEY AT LAW
655 MIDDLEFIELD ROAD
REDWOOD CITY, CA 94063
TELEPHONE: 650•299•9654
FACSIMILE: 650•299•9655

## FOURTH AFFIRMATIVE DEFENSE

AS AND FOR A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Unverified First Amended Complaint, Defendant alleges that the Plaintiffs have, by their own conduct, waived any rights and claims as set forth therein.

## FIFTH AFFIRMATIVE DEFENSE

AS AND FOR A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Unverified First Amended Complaint, Defendant alleges on information and belief that the Plaintiffs come to this court with unclean hands.

## SIXTH AFFIRMATIVE DEFENSE

AS AND FOR A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Unverified First Amended Complaint, Defendant alleges that the Plaintiffs were not harmed or injured in any manner by the allegedly fraudulent transfer since this transfer did not put beyond the Plaintiffs' reach any property which they would have been able to subject to the payment of their claim against defendant Hugo Bonilla, (hereinafter referred to as "Defendant Bonilla").

The property transferred was in fact not available or subject to the Plaintiffs' claims against Defendant Bonilla because Defendant Bonilla had no beneficial interest in the property conveyed.

## SEVENTH AFFIRMATIVE DEFENSE

AS AND FOR A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Unverified First Amended Complaint, Defendant alleges that the Plaintiffs were not harmed or injured in any manner by the allegedly fraudulent transfer since this transfer did not put beyond the Plaintiffs' reach any property which they would have been able to subject to the payment of

DAVID M. SLOAN
ATTORNEY AT LAW
655 MIDDLEFIELD ROAD
REDWOOD CITY, CA 94063
TELEPHONE: 650•299•9655
FACSIMILE: 650•299•9656

1   their claim against Defendant Bonilla.

2       The property transferred was in fact not available or subject to the Plaintiffs' claims

3   against Defendant Bonilla because the property conveyed was fully encumbered by valid liens.

4                           EIGHTH AFFIRMATIVE DEFENSE

5       AS AND FOR AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE to said

6   Unverified First Amended Complaint, Defendant alleges that the Plaintiffs were not harmed or

7   injured in any manner by the allegedly fraudulent transfer since this transfer did not put beyond

8   the Plaintiffs' reach any property which they would have been able to subject to the payment of

9   their claim against Defendant Bonilla.

10      The property transferred was in fact not available or subject to the Plaintiffs' claims

11  against Defendant Bonilla because the value of the property conveyed could not support any

12  net recovery for the Plaintiffs in the event the conveyance was set aside.

13      WHEREFORE, the Defendant prays that Plaintiffs take nothing by reason of their

14  Unverified First Amended Complaint; that Defendant have judgment for her costs of suit and

15  attorney's fees incurred herein; and all other and further relief as the court may deem proper.

16  Date:   April 8, 2007        _____
                                    DAVID M. SLOAN, ESQ.
                                    Attorney for Defendant Monica Araneta

_____

ARANETA GENERAL DENIAL TO UNVERIFIED FIRST AMENDED COMPLAINT          4

DAVID M. SLOAN
ATTORNEY AT LAW
655 MIDDLEFIELD ROAD
REDWOOD CITY, CA 94063
TELEPHONE 650•299•9655

## DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States, over the age of eighteen years, not a party to the within action, and am employed in the County of San Mateo, State of California. My business address is 655 Middlefield Road, Redwood City, California. I served a copy of the **Araneta General Denial to Unverified First Amended Complaint** on the following:

Michael J. Baker, Esq.
Matthew L. Beltramo, Esq.
Howard, Rice, Nemerovski, Canady, Falk & Rabkin
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024

by placing true copies in envelopes addressed to said person(s) at his(their) respective address(es), which envelope(s) were then sealed and postage fully prepaid thereon and were, on April 9, 2007, placed for collection and mailing at my place of business following ordinary business practices. I am readily familiar with the firm's business practice for collection and processing of documents to be mailed with the United States Postal Service. Said mail will be deposited with the United States Postal Service at Redwood City, California, on this date in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Redwood City, California, on April 9, 2007.

DAVID M. SLOAN, ESQ.

ARANETA GENERAL DENIAL TO UNVERIFIED FIRST AMENDED COMPLAINT          5

DAVID M. SLOAN
ATTORNEY AT LAW
655 MIDDLEFIELD ROAD
REDWOOD CITY, CA 94063
TELEPHONE: 650•299•9655

**EXHIBIT 16**

1   MICHAEL J. BAKER (No. 56492)
     Email: mbaker@howardrice.com
2   MATTHEW L. BELTRAMO (No. 184796)
     Email: mbeltramo@howardrice.com
3   HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
4   A Professional Corporation
     Three Embarcadero Center, 7th Floor
5   San Francisco, California  94111-4024
     Telephone:   415/434-1600
6   Facsimile:    415/217-5910

7   Attorneys for Plaintiffs
     ATR-KIM ENG FINANCIAL CORPORATION
8   and ATR-KIM ENG CAPITAL PARTNERS,
     INC.
9

**FILED**
**SAN MATEO COUNTY**

APR 1 9 2007

Clerk of the Superior Court

By _____
         DEPUTY CLERK

10      SUPERIOR COURT OF THE STATE OF CALIFORNIA

11            COUNTY OF SAN MATEO

12            UNLIMITED JURISDICTION

13

14

15

| | |
|---|---|
| 16  ATR-KIM ENG FINANCIAL<br>17  CORPORATION and ATR-KIM ENG<br>     CAPITAL PARTNERS, INC.,<br><br>18          Plaintiffs,<br><br>19     v.<br><br>20  HUGO BONILLA, MONICA ARANETA,<br>     DORA M. ABEROUETTE, MICHELLE<br>21  BONILLA, and DOES 1-50,<br><br>22         Defendants. | No. CIV 460691<br><br>NOTICE OF AUTOMATIC STAY<br>UNDER BANKRUPTCY CODE<br><u>(California Rule of Court 3.650(b)(4))</u> |

23

24

25

26

27

28

---

NOTICE OF AUTOMATIC STAY UNDER BANKRUPTCY CODE

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN

CMC
6/08

1    Pursuant to California Rule of Court 3.650(b)(4), this notice will advise the Court and

2    parties that one of the defendants in this action, Hugo Bonilla, has filed for bankruptcy

3    protection, triggering the automatic stay provisions of the United States Bankruptcy Code,

4    11 U.S.C. §362. *See In re Hugo* Bonilla, Bankruptcy Court, Northern District of California,

5    San Francisco Division (Docket No. 07-30309, Filed March 16, 2007). A copy of Hugo

6    Bonilla's bankruptcy petition is attached to this pleading as Exhibit A.

7        This stay applies to Hugo Bonilla and not to the other Defendants. However, the

8    bankruptcy trustee's attorney has informed Plaintiffs of the trustee's position that to the

9    extent Plaintiffs' claims against other Defendants involve property that may be part of Hugo

10   Bonilla's bankruptcy estate, the automatic stay applies to those claims. Accordingly,

11   Plaintiffs await further order of the bankruptcy court before taking any action on those

12   claims, including seeking a default judgment as to those Defendants who have not responded

13   to the First Amended Complaint. This notice shall not be deemed or construed as an

14   admission or acknowledgment by Plaintiffs of the propriety of Hugo Bonilla's bankruptcy

15   case, and Plaintiffs reserve fully all rights and defenses thereto.

16   April 19, 2007.

17                                     Respectfully,

18                                     MICHAEL J. BAKER
                                       MATTHEW L. BELTRAMO
19                                     HOWARD RICE NEMEROVSKI CANADY
                                              FALK & RABKIN
20                                     A Professional Corporation

21                                     By: _____

22                                              MATTHEW L. BELTRAMO

23                                     Attorneys for Plaintiffs ATR-KIM ENG
                                       FINANCIAL CORPORATION and ATR-KIM
24                                     ENG CAPITAL PARTNERS, INC.

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN

---

NOTICE OF AUTOMATIC STAY UNDER BANKRUPTCY CODE

Official Form 1 (10/06)

| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bonilla, Hugo Nery** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-2718** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**362 East Grand Avenue**<br>**South San Francisco, CA**        ZIP Code **94080** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**San Mateo** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2 million.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br><br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 100,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to<br>$10,000 | ☐ $10,001 to<br>$100,000 | ■ $100,001 to<br>$1 million | ☐ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to<br>$50,000 | ☐ $50,001 to<br>$100,000 | ☐ $100,001 to<br>$1 million | ■ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

Official Form 1 (10/06)                                                                                    FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bonilla, Hugo Nery** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br> - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06)                                                                                                FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bonilla, Hugo Nery** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Hugo Nery Bonilla**
Signature of Debtor   **Hugo Nery Bonilla**

X  _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 16, 2007**
Date

### Signature of Attorney

X  **/s/ Iain A. Macdonald**
Signature of Attorney for Debtor(s)

**Iain A. Macdonald 051073**
Printed Name of Attorney for Debtor(s)

**Macdonald & Associates**
Firm Name

**Two Embarcadero Center, Suite 1670
San Francisco, CA 94111-3930**

_____
Address

**Email: Iain@macdonaldlawsf.com**
**(415) 362-0449  Fax: (415) 394-5544**
Telephone Number

**March 16, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X  _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**PROOF OF SERVICE BY MAIL**

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On April 19, 2007, I served the following document(s) described as **NOTICE OF AUTOMATIC STAY UNDER BANKRUPTCY CODE (CALIFORNIA RULE OF COURT 3.650(B)(4))** on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the law offices of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, located at Three Embarcadero Center, Seventh Floor, San Francisco, California, to be served by mail addressed as follows:

David Sloan
655 Middlefield Road
Redwood City, CA 94063
(Attorney for Monica Araneta)

Dora Aberouette
170 Yorkshire Court
San Bruno, CA 94066
(Unrepresented)

Albert Martin
4 W. 4th Avenue, Suite 508
San Mateo, CA 94402
(Attorney for Hugo Bonilla and
Michelle Bonilla)

Iain MacDonald
2 Embarcadero Center, #1670
San Francisco, CA 94111-3930
(Bankruptcy Attorney for Hugo Bonilla)

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN

W03 041707-170140001/1383376/v1

-1-

1    I declare under penalty of perjury under the laws of the State of California that the foregoing is

2    true and correct. Executed at San Francisco, California on April 19, 2007.

3

4

5                                                    Susan Garvey

6

7

8

9

10

11

12

13

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W03 041707-170140001/1383376/v1

PROOF OF SERVICE

**EXHIBIT 17**

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):    TELEPHONE NO.:
Michael J. Baker (56492)          (415) 434-1600
Matthew L. Beltramo (184796)
Howard Rice Nemerovski Canady Falk & Rabkin
Three Embarcadero Center, 7th Floor
San Francisco, California 94111

**FILED**
**SAN MATEO COUNTY**

AUG 22 2007

Clerk of the Superior Court
By _____
DEPUTY CLERK

ATTORNEY FOR (Name):    ATR-Kim Eng Fin'l Corp. & ATR-Kim Eng Cap'l Ptnrs
Insert name of court and name of judicial district and branch court, if any:
San Mateo County Superior Court
Southern Branch

PLAINTIFF/PETITIONER: ATR-Kim Eng Financial Corporation
& ATR-Kim Eng Capital Partners, Inc.
DEFENDANT/RESPONDENT: Hugo Bonilla, Monica Araneta,
Dora M. Aberouette, Michelle Bonilla & Does 1-50

| CASE NUMBER: |
|---|
| CIV 460691 |

**REQUEST FOR DISMISSAL**
[ ] Personal Injury, Property Damage, or Wrongful Death
    [ ] Motor Vehicle   [ ] Other
[ ] Family Law
[ ] Eminent Domain
[x] Other (specify): Fraudulent Transfer Action

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
  a. (1) [ ] With prejudice   (2) [x] Without prejudice
  b. (1) [ ] Complaint   (2) [ ] Petition
    (3) [ ] Cross-complaint filed by (name):         on (date):
    (4) [ ] Cross-complaint filed by (name):         on (date):
    (5) [ ] Entire action of all parties and all causes of action
    (6) [x] Other (specify):* **Solely** as to the following specified defendants: (1) <u>Dora M.</u>
        <u>Aberouette</u> and (2) <u>Michelle Bonilla</u>

Date: August 22, 2007

Matthew L. Beltramo
_____     ▶  _____
(TYPE OR PRINT NAME OF [x] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)    (SIGNATURE)
                               Attorney or party without attorney for: ATR-Kim Eng
                               Financial Corp. & ATR-Kim Eng Capital Partners

* If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

    [x] Plaintiff/Petitioner    [ ] Defendant/Respondent
    [ ] Cross - complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date:

_____     ▶  _____
(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)    (SIGNATURE)
                                 Attorney or party without attorney for:

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

    [ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
    [ ] Cross - complainant

(To be completed by clerk)
3. [ ] Dismissal entered as requested on (date):
4. [✓] Dismissal entered on (date): AUG 22 2007 as to only (name):
5. [ ] Dismissal **not** entered as requested for the following reasons (specify):   **AS STATED ABOVE**

6.   a. Attorney or party without attorney notified on (date):
    b. Attorney or party without attorney not notified. Filing party failed to provide
      [ ] a copy to conform   [ ] means to return conformed copy

Date: AUG 22 2007    JOHN C. FITTON    Clerk, by _____, Deputy

Page 1 of 1

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Legal Solutions Plus

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390

**EXHIBIT 18**

CIV-120

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*<br>Michael J. Baker (56492)    TELEPHONE NO    (415) 434-1600<br>Matthew L. Beltramo (184796)<br>Howard Rice Nemerovski Canady Falk & Rabkin<br>Three Embarcadero Center, 7th Floor<br>San Francisco, California 94111<br><br>ATTORNEY FOR *(Name)*  ATR-Kim Eng Financial Corp. & ATR-Kim | FOR COURT USE ONLY<br><br>**ENDORSED FILED**<br>SAN MATEO COUNTY<br><br>AUG 2 3 2007<br><br>Clerk of the Superior Coun<br>By ____S. YAMBING____<br>DEPUTY CLERK |

Insert name of court and name of judicial district and branch court, if any:
San Mateo County Superior Court
Southern Branch

| | |
|---|---|
| PLAINTIFF/PETITIONER   ATR-Kim Eng Financial Corporation<br>& ATR-Kim Eng Capital Partners, Inc.<br>DEFENDANT/RESPONDENT  Hugo Bonilla, Monica Araneta,<br>Dora M. Aberouette, Michelle Bonilla & Does 1-50 | |
| NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE<br>☐ Personal Injury, Property Damage, or Wrongful Death<br>　☐ Motor Vehicle    ☐ Other<br>☐ Family Law<br>☐ Eminent Domain<br>☒ Other *(specify)*:  Fraudulent Transfer Action | CASE NUMBER<br><br>CIV 460691 |

TO ATTORNEYS AND PARTIES WITHOUT ATTORNEYS:  A dismissal was entered in this action by the clerk as shown on the
Request for Dismissal. *(Attach a copy completed by the clerk.)* (Dismissal as to Dora M. Aberouette & Michelle
　　　　　　　　　　　　　　　　　　　　　　Bonilla only)
Date  August 23, 2007

Matthew Beltramo (No. 184796)                          ▶
_____
(TYPE OR PRINT NAME OF  ☒ ATTORNEY  ☐ PARTY WITHOUT ATTORNEY)                (SIGNATURE)

## PROOF OF SERVICE

1.  I am over the age of 18 and not a party to this cause.  I am a resident of or employed in the county where the mailing occurred.
My residence or business address is:
**SEE ATTACHED PROOF OF SERVICE**

2.　　　I served a copy of the Notice of Entry of Dismissal and Request for Dismissal by mailing them, in a sealed envelope with
postage fully prepaid, as follows:
a.　　I deposited the envelope with the United States Postal Service.
b.　　I placed the envelope for collection and processing for mailing following this business's ordinary practice with
which I am readily familiar.  On the same day correspondence is placed for collection and mailing, it is deposited
in the ordinary course of business with the United States Postal Service.
c. Date of deposit:
d. Place of deposit *(city and state)*:
e. Addressed as follows *(name and address)*:

3.　　　I served a copy of the Notice of Entry of Dismissal and Request for Dismissal by personally delivering copies to the
person served as shown below:
　　Name:　　　　　　　　Date:　　　　　Time:　　　　　Address:

4.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

. . . . . . . . . . . . . . . . . . . . . . . . . . . .                    ▶
(TYPE OR PRINT NAME)                                (SIGNATURE OF DECLARANT)

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-120 [Rev. January 1, 2007] | NOTICE OF ENTRY OF DISMISSAL<br>AND PROOF OF SERVICE | Legal<br>Solutions<br>Ⓟ Plus |

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | FOR COURT USE ONLY |
|---|---|
| Michael J. Baker (56492)    TELEPHONE NO (415) 434-1600 Matthew L. Beltramo (184796) Howard Rice Nemerovski Canady Falk & Rabkin Three Embarcadero Center, 7th Floor San Francisco, California 94111 | |

ATTORNEY FOR (Name) ATR-Kim Eng Fin'l Corp. & ATR-Kim Eng Cap'l Ptnrs

Insert name of court and name of judicial district and branch court, if any

San Mateo County Superior Court
Southern Branch

PLAINTIFF/PETITIONER ATR-Kim Eng Financial Corporation
& ATR-Kim Eng Capital Partners, Inc.
DEFENDANT/RESPONDENT Hugo Bonilla, Monica Araneta,
Dora M. Aberouette, Michelle Bonilla & Does 1-50

**ENDORSED FILED**
**SAN MATEO COUNTY**

AUG 2 2 2007

Clerk of the Superior Court
By   M. YOUNG
DEPUTY CLERK

## REQUEST FOR DISMISSAL

- [ ] Personal Injury, Property Damage, or Wrongful Death
  - [ ] Motor Vehicle    [ ] Other
- [ ] Family Law
- [ ] Eminent Domain
- [x] Other (specify): Fraudulent Transfer Action

CASE NUMBER

CIV 460691

NOTE
CRC 2.133 REQUIRES
THAT ORIGINALS BE
2 HOLE PUNCHED

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1 TO THE CLERK: Please dismiss this action as follows:

a (1)    With prejudice      (2)   x   Without prejudice

b (1)    Complaint      (2)    Petition
   (3)    Cross-complaint filed by (name):        on (date):
   (4)    Cross-complaint filed by (name):        on (date):
   (5)    Entire action of all parties and all causes of action
   (6)   [X]   Other (specify): **Solely as to the following specified defendants: (1) Dora M. Aberouette and (2) Michelle Bonilla**

Date: August 22, 2007

Matthew L. Beltramo
TYPE OR PRINT NAME OF    X   ATTORNEY     [ ] PARTY WITHOUT ATTORNEY)

(SIGNATURE)
Attorney or party without attorney for: ATR-Kim Eng
Financial Corp. & ATR-Kim Eng Capital Partners
  x   Plaintiff/Petitioner     [ ] Defendant/Respondent
   Cross - complainant

* If dismissal requested is of specified parties only or specified causes of action only or of specified cross-complaints only, so state and identify the parties, causes of action or cross-complaints to be dismissed

2 TO THE CLERK: Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF   [ ] ATTORNEY    [ ] PARTY WITHOUT ATTORNEY)

(SIGNATURE)
Attorney or party without attorney for:

** If a cross-complaint or Response (Family Law) seeking affirmative relief is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j)

   [ ] Plaintiff/Petitioner     [ ] Defendant/Respondent
   Cross - complainant

(To be completed by clerk)

3   [ ] Dismissal entered as requested on (date)
4   [✓] Dismissal entered on (date) AUG 2 2 2007    as to only (name) **AS STATED ABOVE**
5   [ ] Dismissal not entered as requested for the following reasons (specify)

6    a   [ ] Attorney or party without attorney notified on (date)
     b   [ ] Attorney or party without attorney not notified. Filing party failed to provide
       [ ] a copy to conform      [ ] means to return conformed copy

Date AUG 2 2 2007     JOHN C. FITTON     Clerk, by    M. YOUNG     , Deputy

REQUEST FOR DISMISSAL

Legal
Solutions
Plus

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rule 3.1390

Page 1 of 1

1

**PROOF OF SERVICE**

2

I, Kathryn A. Sakamoto, declare:

3

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California  94111-4024.  On August 23, 2007, I served the following document(s) described as:

4

5

**NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE**

6

**REQUEST FOR DISMISSAL**

7

8

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below:

9

10

11

David Sloan
Law Offices of David Sloan
655 Middlefield Road
Redwood City, CA  94063
*(Attorney for Monica Araneta)*

Dora M. Aberouette
170 Yorkshire Court
San Bruno, CA  94066
*(unrepresented)*

12

13

14

15

Albert K. Martin
Law Offices of Albert Martin
4 West Fourth Avenue, Suite 508
San Mateo, CA  94402
*(Attorney for Hugo Bonilla and, possibly, Michelle Bonilla)*

Michelle Bonilla
36611 Sequoia Court
Newark, California  94560
*(possibly unrepresented)*

16

17

18

Iain MacDonald
MacDonald & Associates
2 Embarcadero Ctr #1670
San Francisco, CA 94111-3930
*(Bankruptcy attorney for Hugo Bonilla)*

19

20

21

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

22

23

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at San Francisco, California on August 23, 2007.

24

25

26

_____
Kathryn A. Sakamoto

27

28

W03 170140001/1412461/v1

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

-1-

**EXHIBIT 19**

Official Form 1 (10/06)

| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bonilla, Hugo Nery** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-2718** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**362 East Grand Avenue**<br>**South San Francisco, CA**<br>ZIP Code **94080** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**San Mateo** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>□ Corporation (includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | □ Health Care Business<br>□ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>■ Other | ■ Chapter 7    □ Chapter 15 Petition for Recognition<br>□ Chapter 9      of a Foreign Main Proceeding<br>□ Chapter 11<br>□ Chapter 12   □ Chapter 15 Petition for Recognition<br>□ Chapter 13      of a Foreign Nonmain Proceeding |

| Tax-Exempt Entity<br>(Check box, if applicable)<br>□ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>□ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |
|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>□ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>□ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>□ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2 million.<br>Check all applicable boxes:<br>□ A plan is being filed with this petition.<br>□ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

□ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 100,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | □ | □ | □ | □ | □ | □ | □ | □ | □ |

Estimated Assets

| □ $0 to<br>$10,000 | □ $10,001 to<br>$100,000 | ■ $100,001 to<br>$1 million | □ $1,000,001 to<br>$100 million | □ More than<br>$100 million |
|---|---|---|---|---|

Estimated Liabilities

| □ $0 to<br>$50,000 | □ $50,001 to<br>$100,000 | □ $100,001 to<br>$1 million | ■ $1,000,001 to<br>$100 million | □ More than<br>$100 million |
|---|---|---|---|---|

Official Form 1 (10/06)                                                                                    FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bonilla, Hugo Nery** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06)                                                                                    FORM B1, Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bonilla, Hugo Nery** |

Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Hugo Nery Bonilla
Signature of Debtor **Hugo Nery Bonilla**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**March 16, 2007**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

**Signature of Attorney**

X  /s/ Iain A. Macdonald
Signature of Attorney for Debtor(s)

Iain A. Macdonald 051073
Printed Name of Attorney for Debtor(s)

Macdonald & Associates
Firm Name

Two Embarcadero Center, Suite 1670
San Francisco, CA 94111-3930

Address

Email: iain@macdonaldlawsf.com
(415) 362-0449  Fax: (415) 394-5544
Telephone Number

**March 16, 2007**
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**EXHIBIT  20**

Entered on Docket
November 16, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | MICHAEL J. BAKER (No. 56492)
Email: mbaker@howardrice.com

2 | WILLIAM J. LAFFERTY (No. 120814) Signed and Filed: November 15, 2007
Email: wlafferty@howardrice.com

3 | HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN

4 | A Professional Corporation
Three Embarcadero Center, 7th Floor

5 | San Francisco, California 94111-4024
Telephone:  415/434-1600

6 | Facsimile:  415/217-5910

**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

7 | Attorneys for Creditors
ATR-KIM ENG FINANCIAL CORPORATION

8 | AND ATR-KIM ENG CAPITAL PARTNERS,
INC.

10 | UNITED STATES BANKRUPTCY COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

14 | In re

15 | HUGO N. BONILLA,

16 | Debtor.

No. 07-30309

Chapter 7 Case

## ORDER APPROVING STIPULATION FOR RELIEF FROM STAY TO ALLOW REMOVAL OF STATE COURT ACTION

The Court having considered the Stipulation For Relief From Stay To Allow Removal of State Court Action (the "Stipulation") entered into between Janina Elder, the Chapter 7 trustee (the "Trustee") and creditors ATR-Kim Financial Corporation and ATR-Kim Eng Capital Partners, Inc. (collectively, "ATR") and filed on August 28, 2007:

IT IS HEREBY ORDERED that the Stipulation is approved;

IT IS FURTHER ORDERED that the automatic stay of Section 362(a) of the United States Bankruptcy Code is hereby modified to permit ATR to remove to this Court the California state court action styled *ATR-Kim Financial Corporation and ATR-Kim Eng*

1    *Capital Partners, Inc. v. Hugo Bonilla, Monica Araneta, Dora M. Aberouette, Michelle*

2    *Bonilla and Does 1-50*, San Mateo County Superior Court No. CIV 460691; and

3          IT IS FURTHER ORDER that the ten day stay period set forth in Federal Rule of

4    Bankruptcy Procedure 4001(a)(3) is waived.

5                        **\*\*END OF ORDER\*\***

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

COURT SERVICE LIST

Hugo Nery Bonilla
362 East Grand Avenue
South San Francisco, CA 94080

Iain A. McDonald
Law Offices of MacDonald & Associates
2 Embarcadero Center, No. 1670
San Francisco, CA 94111-3930

Janina M. Elder
Post Office Box 1657
Santa Rosa, CA 95402

Michael C. Fallon
Attorney at Law
100 E Street, Ste 219
Santa Rosa, CA 95404

Bachecki, Crom & Co. LLP
180 Montgomery Street, Suite 2340
San Francisco, CA 94104

Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA  94104

Howard Rice Nemerovski Canady
Falk & Rabkin
Attention: Matthew Beltramo
Three Embarcadero, 7th Floor
San Francisco, CA 94111-4024