MICHAEL J. BAKER (No. 56492)
Email: mbaker@howardrice.com
WILLIAM J. LAFFERTY (No. 120814)
Email: wlafferty@howardrice.com
LONG X. DO (No. 211439)
Email: ldo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  415/434-1600
Facsimile:  415/217-5910

Attorneys for Plaintiffs
ATR-KIM ENG FINANCIAL CORPORATION
and ATR-KIM ENG CAPITAL PARTNERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HUGO BONILLA and MONICA ARANETA, <br><br> Defendants. | Case No. <br><br> [NO HEARING REQUESTED] |

**NOTICE OF RELATED BANKRUPTCY CASE
AND ADVERSARY PROCEEDING**

**PLEASE TAKE NOTICE** that Plaintiffs in the above captioned case, ATR-Kim Eng Financial Corporation and ATR-Kim Eng Capital Partners, Inc., (collectively, "ATR"), and Creditors in bankruptcy case styled *In re Bonilla,* United State Bankruptcy Court, Northern District of California, San Francisco Division, Case No. 07-30309 (petition filed

March 16, 2007), hereby provide notice that the above-captioned matter (hereinafter "the Removed Action") is related to the following two actions now pending before the Honorable Thomas E. Carlson:

    A. *Janina Elder, Chapter 7 Trustee v. Monica Araneta*, Adversary Proceeding No. 07-03081 (filed July 26, 2007) ("Trustee Action"). The Trustee Action is related to the Removed Action in that: (1) both actions involve the same Defendant, Monica Araneta, the transferee of a residence located at 1605 Wedgewood Drive, Hillsborough, California (the "Hillsborough Property"); (2) both actions seek to set aside the fraudulent transfer of the Hillsborough Property from the Debtor, Hugo Bonilla, to Monica Araneta; (3) both actions involve the same facts and the same or nearly the same questions of law; and (4) separate assignment of the two actions is likely to involve duplication of labor and will create conflicts and unnecessary expenses if heard by different judges.

    B: *ATR-Kim Eng Financial Corporation and ATR-Kim Eng Capital Partners, Inc. v. Hugo Bonilla*, Adversary Proceeding No. 07-03079 (filed July 23, 2007) ("Non-Dischargeability Action"). The Non-Dischargeability Action is related to the Removed Action in that one of the grounds for denial of discharge alleged in the Non-Dischargeability Action is the fraudulent transfer of the Hillsborough Property. *See* Non-Dischargeability Action ¶¶28-34, 63-65

Plaintiff believes that assignment of these actions to a single judge is likely to conserve judicial resources and promote an efficient determination of the actions.

Dated: December 10, 2007

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By: /s/ William J. Lafferty
      WILLIAM J. LAFFERTY

Attorneys for Plaintiffs
ATR-KIM ENG FINANCIAL CORPORATION and
ATR-KIM ENG CAPITAL PARTNERS, INC.