MICHAEL J. BAKER (No. 56492)
Email: mbaker@howardrice.com
WILLIAM J. LAFFERTY (No. 120814)
Email: wlafferty@howardrice.com
LONG X. DO (No. 211439)
Email: ldo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910

Attorneys for Plaintiffs
ATR-KIM ENG FINANCIAL CORPORATION
and ATR-KIM ENG CAPITAL PARTNERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HUGO BONILLA and MONICA ARANETA,<br><br>Defendants. | Case No.<br><br>[NO HEARING REQUESTED] |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Civil L.R. 3-16 (as adopted by Bankruptcy L.R. 1001-2(a)(19), the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Please be advised that the following corporations own 10 percent or more of any class of stock in Plaintiff and Creditor ATR-Kim Eng Financial Corporation:

- ATR Holdings, Inc.
- Kim Eng Holdings Limited

Please be advised that Plaintiff and Creditor ATR-Kim Eng Capital Partners, Inc. is a wholly owned subsidiary of Plaintiff and Creditor ATR-Kim Eng Financial Corporation.

Dated: December 10, 2007

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By: _____
WILLIAM J. LAFFERTY

Attorneys for Plaintiffs
ATR-KIM ENG FINANCIAL CORPORATION and
ATR-KIM ENG CAPITAL PARTNERS, INC.