MICHAEL J. BAKER (No. 56492)
Email: mbaker@howardrice.com
WILLIAM J. LAFFERTY (No. 120814)
Email: wlafferty@howardrice.com
LONG X. DO (No. 211439)
Email: ldo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Plaintiffs
ATR-KIM ENG FINANCIAL CORPORATION
and ATR-KIM ENG CAPITAL PARTNERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC., <br><br>Plaintiffs,<br><br>v.<br><br>HUGO BONILLA and MONICA ARANETA,<br><br>Defendants. | Case No.<br><br>PROOF OF SERVICE |

I, Tracey Douglas, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California  94111-4024.  On December 10, 2007, I served the following document(s) described as:

**CIVIL CASE COVER SHEET;**

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1452;**

**ADVERSARY PROCEEDING COVER SHEET;**

**NOTICE OF RELATED BANKRUPTCY CASE AND ADVERSARY PROCEEDING;**

**NOTICE OF STATUS CONFERENCE IN A CASE REMOVED TO BANKRUPTCY COURT;**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; and**

**PROOF OF SERVICE**

- ☐ by transmitting via e-mail the document(s) listed above to the e-mail address(es) indicated below on this date before 5:00 p.m.

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- ☐ by causing personal delivery by First Legal Support Services of the document(s) listed above to the person(s) at the address(es) set forth below; or

- ☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

| | |
|---|---|
| David Sloan<br>Law Offices of David Sloan<br>655 Middlefield Road<br>Redwood City, CA 94063<br><br>*[Attorney for Monica Araneta]*<br><br>*(VIA MAIL)* | Albert K. Martin<br>Law Offices of Albert Martin<br>4 West Fourth Avenue, Suite 508<br>San Mateo, CA 94402<br><br>*[Attorney for Hugo Bonilla]*<br><br>*(VIA MAIL)* |

Iain A. Macdonald
Law Offices of Macdonald and Associates
2 Embarcadero Center, Suite 1670
San Francisco, CA 94111-3930

*[Bankruptcy Attorney for Hugo Bonilla]*

*(VIA MAIL)*

 I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on December 10, 2007.

                  Tracey Douglas