```
1   MICHAEL J. BAKER (No. 56492)
    Email: mbaker@howardrice.com
2   WILLIAM J. LAFFERTY (No. 120814)
    Email: wlafferty@howardrice.com
3   LONG X. DO (No. 211439)
    Email: ldo@howardrice.com
4   HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
5   A Professional Corporation
    Three Embarcadero Center, 7th Floor
6   San Francisco, California 94111-4024
    Telephone: 415/434-1600
7   Facsimile: 415/217-5910

8   Attorneys for Plaintiffs
    ATR-KIM ENG FINANCIAL CORPORATION
9   and ATR-KIM ENG CAPITAL PARTNERS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HUGO BONILLA and MONICA ARANETA, <br><br> Defendants. | Case No. C 07-06239 SC <br><br> **SUPPLEMENTAL PROOF OF SERVICE** |

PROOF OF SERVICE

1  I, Ashley B. Ray, declare:

2  I am a resident of the State of California and over the age of eighteen years, and not a
3  party to the within action; my business address is Three Embarcadero Center, 7th Floor, San
4  Francisco, California 94111-4024. On December 11, 2007, I served the following
5  document(s) described as:

**CIVIL CASE COVER SHEET;**

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1452;**

**NOTICE OF RELATED BANKRUPTCY CASE AND ADVERSARY PROCEEDING;**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; and**

**PROOF OF SERVICE**

☐ by transmitting via e-mail the document(s) listed above to the e-mail address(es) indicated below on this date before 5:00 p.m.

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by causing personal delivery by First Legal Support Services of the document(s) listed above to the person(s) at the address(es) set forth below; or

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery

Michael C. Fallon
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
*[Attorney for Janina Elder Bankruptcy Trustee]*

Janina M. Elder
P.O. Box 1657
Santa Rosa, California 95404
*[Bankruptcy Trustee]*

Bachecki, Crom & Co. LLP
180 Montgomery St., Ste. 2340
San Francisco, CA 94104

Office of the U.S. Trustee
235 Pine Street, Ste. 700
San Francisco, CA 94101

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on December 11, 2007.

*[signature]*
Ashley B. Ray