MICHAEL J. BAKER (No. 56492)
Email: mbaker@howardrice.com
WILLIAM J. LAFFERTY (No. 120814)
Email: wlafferty@howardrice.com
LONG X. DO (No. 211439)
Email: ldo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

Attorneys for Plaintiffs
ATR-KIM ENG FINANCIAL CORPORATION
and ATR-KIM ENG CAPITAL PARTNERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HUGO BONILLA and MONICA ARANETA, <br><br> Defendants. | Case No. C 07-06239 SC <br><br> PROOF OF SERVICE RE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; AND FORM OF ORDER AND INSTRUCTIONS FOR PREPARATION OF CASE MANAGEMENT STATEMENT |
|---|---|

PROOF OF SERVICE

1   I, Ashley B. Ray, declare:

2   I am a resident of the State of California and over the age of eighteen years, and not a
3   party to the within action; my business address is Three Embarcadero Center, 7th Floor, San
4   Francisco, California 94111-4024. On December 11, 2007, I served the following
5   document(s) described as:

**ECF REGISTRATION INFORMATION HANDOUT;**

**NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

**FORM OF ORDER AND INSTRUCTIONS FOR PREPARATION OF CASE MANAGEMENT STATEMENT; and**

**PROOF OF SERVICE**

☐   by transmitting via e-mail the document(s) listed above to the e-mail address(es) indicated below on this date before 5:00 p.m.

☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐   by causing personal delivery by First Legal Support Services of the document(s) listed above to the person(s) at the address(es) set forth below; or

☐   by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery

Michael C. Fallon                   Janina M. Elder
Attorney at Law                     P.O. Box 1657
100 E Street, Suite 219             Santa Rosa, California 95404
Santa Rosa, California 95404        *[Bankruptcy Trustee]*
*[Attorney for Janina Elder
Bankruptcy Trustee]*

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
*A Professional Corporation*

PROOF OF SERVICE
-1-

| | |
|---|---|
| Bachecki, Crom & Co. LLP<br>180 Montgomery St., Ste. 2340<br>San Francisco, CA 94104 | Office of the U.S. Trustee<br>235 Pine Street, Ste. 700<br>San Francisco, CA 94101 |
| David Sloan<br>Law Offices of David Sloan<br>655 Middlefield Road<br>Redwood City, CA 94063<br>*[Attorney for Monica Araneta ]* | Albert K. Martin<br>Law Offices of Albert Martin<br>4 West Fourth Avenue, Suite 508<br>San Mateo, CA 94402<br>*[Attorney for Hugo Bonilla]* |
| Iain A. Macdonald<br>Law Offices of Macdonald and Associates<br>2 Embarcadero Center, Suite 1670<br>San Francisco, CA 94111-3930<br>*[Bankruptcy Attorney for Hugo Bonilla ]* | |

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on December 11, 2007.

_____
Ashley B. Ray

PROOF OF SERVICE
-2-