LAW OFFICES OF ALBERT K. MARTIN
ALBERT K. MARTIN S.B. # 54059
4 WEST FOURTH AVE., SUITE 508
SAN MATEO, CALIFORNIA 94402
Telephone: (650) 342-6315
Facsimile: (650) 342-8493
alkmartin@yahoo.com

Attorney for Defendant
HUGO BONILLA

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> HUGO BONILLA and MONICA ARANETA, <br><br> Defendants | CASE NO.: C07-06239 SC <br><br> ANSWER OF DEFENDANT HUGO BONILLA <br><br> [Originally filed in San Mateo County Superior Court Action No. 460691 on February 2, 2007] |

 Here comes Defendant, Hugo Bonilla, above-named, hereby answers the unverified First Amended Complaint of the Plaintiffs, ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC.:

 1. Defendant, Hugo Bonilla, denies each and every allegation contained in Paragraphs 13, 21, 22, 24, 27, 47, 48, 49, 50, 51, 52, 57, 58, 59, 60, 61, 62, 64, 65, 66, 67, 68, 69, 70, 71, 73, 74, 75, 76, 77, 78, 79, 81, 82, 83, 84, 86 and 87.

 2. Defendant, Hugo Bonilla admits allegations in Paragraphs 1, 2, 4, 5, 9, 10, 11, 12, 15, 16, 17, 19, 23, 24, 25, 26, 28, 29, 30, 34, 35, 36, 38, 39, 43, 44, 56.

///

3. Defendant, Hugo Bonilla, denies the allegations set forth in Paragraph 14 and further alleges that Defendant, Hugo Bonilla, was not the owner of the Wedgewood property but was holding title in trust for the Araneta family, and upon their request, title was transferred to the Araneta family.

4. Defendant, Hugo Bonilla, in responding to the allegations in Paragraph 18, incorporates by reference his answer to Paragraph 14.

5. Defendant, Hugo Bonilla, in responding to the allegations in Paragraph 20, incorporates by reference his answer to Paragraph 14.

6. Defendant, Hugo Bonilla, does not possess sufficient information to answer the allegations in Paragraph 31, therefore, such allegations are denied.

7. Defendant, Hugo Bonilla, in answering the allegations in Paragraph 32, asserts that such allegations are a legal conclusion, and upon information and belief, denies that Dora Aberouette is an "insider".

8. Defendant, Hugo Bonilla, in answering the allegations in Paragraph 33, denies such allegations and further alleges that the sale of the property was for the fair market value, the proceeds from the sale were impounded by the Plaintiffs in this case.

9. Defendant, Hugo Bonilla, in answering the allegations in paragraph 37, denies such allegations and further alleges that the Plaintiff impounded the proceeds from the sale of the Sequoia Court property.

10. Defendant, Hugo Bonilla, does not possess sufficient information to answer the allegations in Paragraph 40, therefore, such allegations are denied.

11. Defendant, Hugo Bonilla, in answering the allegations in Paragraph 41, denies that Dora Aberouette is an "insider".

12. Defendant, Hugo Bonilla, in answering the allegations in Paragraph 42, denies such allegations and further alleges that the sale of the property was for the fair market value, the proceeds from the sale were impounded by the Plaintiffs in this case.

13. Defendant, Hugo Bonilla, in answering the allegations in Paragraph 45, denies such allegations and further alleges that the Plaintiff impounded the proceeds from the sale of the Locust Street Property.

14. Defendant, Hugo Bonilla, in answering the allegations in Paragraph 46, he incorporates by reference his answers to Paragraphs 1 through 45.

15. Defendant, Hugo Bonilla, in answering the allegations in paragraph 53, he incorporates by reference his answers to Paragraphs 1 through 45.

16. Defendant, Hugo Bonilla, in answering the allegations in Paragraphs 54 and 55, incorporates by references his answer to Paragraph 14.

17. Defendant, Hugo Bonilla, in answering Paragraph 63, he incorporates by reference his answers to Paragraphs 1 through 45.

18. Defendant, Hugo Bonilla, in answering Paragraph 72, he incorporates by reference his answers to Paragraphs 1 through 45.

19. Defendant, Hugo Bonilla, in answering Paragraph 80, he incorporates by reference his answers to Paragraphs 1 through 45.

20. Defendant, Hugo Bonilla, in answering Paragraph 85, he incorporates by reference his answers to Paragraphs 1 through 45.

Dated: February 8, 2008

                                              _____
                                              LAW OFFICES OF ALBERT K. MARTIN
                                              Albert K. Martin
                                              Attorneys for Defendant
                                              Hugo Bonilla

ANSWER OF DEFENDANT HUGO BONILLA
CASE NO. C07-06239 SC