LAW OFFICES OF ALBERT K. MARTIN
ALBERT K. MARTIN S.B. # 54059
4 WEST FOURTH AVE., SUITE 508
SAN MATEO, CALIFORNIA 94402
Telephone: (650) 342-6315
Facsimile: (650) 342-8493
alkmartin@yahoo.com

Attorney for Defendant
HUGO BONILLA

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> HUGO BONILLA and MONICA ARANETA, <br><br> Defendants. | CASE NO.: C07-06239 SC <br><br> PROOF OF SERVICE <br><br> [Originally filed in San Mateo County Superior Court Action No. 460691 on February 2, 2007] |

I am over the age of eighteen years and not a party to the within action, employed in the County of San Mateo, State of California. My business address is 4 West 4th Avenue, Suite 508, San Mateo, California 94402. I am readily familiar with the normal business practice of the Law Offices of Albert K. Martin for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On **February 11, 2008,** following the ordinary business practice, I served the following document(s): **Answer of Defendant Hugo Bonilla** by enclosing a true copy thereof in a sealed envelope and placing it for collection and service this same day in the ordinary course of business.

- 1 -

PROOF OF SERVICE
CASE NO. C07-06239 SC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**XX   (BY MAIL)**   I caused such envelope with first-class postage thereon fully prepaid to be placed in the United States mail at San Mateo, California, addressed to the parties as follows:

**Michael J. Baker, Esq.**
**William J. Lafferty, Esq.**
**Long X. Do, Esq.**
**Howard Rice Nemerovski, et al.**
**Three Embarcadero Center, 7th Floor**
**San Francisco, CA 94111-4024**

**David M. Sloan, Esq.**
**655 Middlefield Road**
**Redwood City, CA 94063**

**Nancy L. Fineman, Esq.**
**Cotchett, Pitre & McCarthy**
**840 Malcolm Road, Suite 200**
**Burlingame, CA 94010**

_____(BY PERSONAL SERVICE)   I caused such envelope to be delivered by hand this date to the offices of the addressee(s) as follows:

_____(BY OVERNIGHT DELIVERY) I caused such envelope to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the parties as follows:

_____(BY TELECOPIER)   I caused such document(s) to be served by facsimile transmission to the parties identified below:

The telephone number of the sending facsimile machine was (650) 342-8493.  The telephone number of the receiving facsimile machine was _____.  The sending facsimile machine properly issued a transmission report, and the transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Mateo, California, on **February 11, 2008**.

_____
Anne L. Martin

- 2 -
PROOF OF SERVICE
CASE NO. C07-06239 SC