UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Gloria L. Franklin
Clerk of Court

San Francisco Bankruptcy Court
235 Pine St.
P.O. Box 7341
San Francisco, CA 94120-7341

(415) 268-2300

**RECEIVED**

**FILED**

FEB 1 2 2008

Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

FEB 1 4 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RICHARD W. WIEKING.
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**District Court # CV 07-6239 SC**

Re: *Hugo Nery Bonilla*
*Judge Thomas E. Carlson*
07-30309

Re: *ATR-Kim Eng Capital Partners, Inc. Et al*
*v Bonilla*
*Judge Thomas E. Carlson*
07-3079

Dear Mr. Wieking:

[X ] Enclosed please find a copy of **Notice of Transfer of appeal to District Court**, Notice of filing of plaintiffs/appellee's statement of election to have appeal heard by the District Court., Appellee designation and statement of issues and item. Appellant designation, statement of issues, to form the record on appeal, a certified copy of the docket. Appellant's designated items are pending to the Bankruptcy Court. Included are the appealed orders.

Gloria L. Franklin, Clerk
United States Bankruptcy Court

Dated: February 12, 2008

By: _____ ANNA CHO-WONG _____
Deputy Clerk   Anna Cho-Wong

727OBJ, APPEAL

# U.S. Bankruptcy Court
## Northern District of California (San Francisco)
### Adversary Proceeding #: 07-03079
#### Internal Use Only

*Assigned to:* Judge Thomas E. Carlson
*Related BK Case:* 07-30309
*Related BK Title:* Hugo Nery Bonilla
*Related BK Chapter:* 7
*Demand:*
*Nature[s] of Suit:* 41 Objection / revocation of discharge - 727(c),(d),(e)

67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny

*Date Filed:* 07/23/07

UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy of the original document on file in my custody.
Dated _2/12/08_
by _____
Deputy Clerk

## Plaintiff
------------------------

**ATR-Kim Eng Capital Partners, Inc.**
c/o William J. Lafferty
Howard Rice et al.
Three Embarcadero Center, Suite 700
San Francisco, CA 94111
(415)434-1600

represented by **William J. Lafferty**
Howard, Rice, Nemerovski, Canady et al
3 Embarcadero Center 7th Fl.
San Francisco, CA 94111-4065
(415) 434-1600
Email: wlafferty@howardrice.com
*LEAD ATTORNEY*

**ATR-Kim Eng Financial Corporation**
c/o William J. Lafferty
Howard Rice et al.
Three Embarcadero Center, Suite 700
San Francisco, CA 94111
(415)434-1600

represented by

**William J. Lafferty**
(See above for address)
*LEAD ATTORNEY*

V.

## Defendant
------------------------

**Hugo Nery Bonilla**
362 East Grand Avenue
South San Francisco, CA 94080
SSN: 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

represented by **Heather A. Cutler**
Macdonald and Associates
221 Sansome St.
San Francisco, CA 94104
(415) 362-0449
Email: heather@macdonaldlawsf.com

**Iain A. Macdonald**
Macdonald and Associates
221 Sansome St.
San Francisco, CA 94104
(415) 362-0449
Email: mac@macdonaldlawsf.com
*LEAD ATTORNEY*

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 07/23/2007 | ⬤1 | Adversary case 07-03079. 41 (Objection / revocation of discharge - 727(c),(d),(e)), 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny) Complaint by |

|  |  | ATR-Kim Eng Capital Partners, Inc., ATR-Kim Eng Financial Corporation against Hugo Nery Bonilla. Fee Amount $250. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Lafferty, William) (Entered: 07/23/2007) |
|---|---|---|
| 07/23/2007 | ❷2 | Summons to be Issued on Hugo Nery Bonilla *as filed by Plaintiffs ATR-Kim Eng Financial Corporation and ATR-Kim Eng Capital Partners, Inc.* (RE: related document(s)1 Complaint, filed by Plaintiff ATR-Kim Eng Financial Corporation, Plaintiff ATR-Kim Eng Capital Partners, Inc.). (Lafferty, William) (Entered: 07/23/2007) |
| 07/23/2007 | ❷3 | Adversary Cover Sheet *as filed by Plaintiffs ATR-Kim Eng Financial Corporation and ATR-Kim Eng Capital Partners, Inc.* (RE: related document(s)1 Complaint, filed by Plaintiff ATR-Kim Eng Financial Corporation, Plaintiff ATR-Kim Eng Capital Partners, Inc.). (Lafferty, William) (Entered: 07/23/2007) |
| 07/23/2007 |  | Receipt of filing fee for Complaint(07-03079) [cmp,cmp] ( 250.00). Receipt number 4462030, amount $ 250.00 (U.S. Treasury) (Entered: 07/23/2007) |
| 07/24/2007 | ❷4 | Summons Issued on Hugo Nery Bonilla Answer Due 8/23/2007. Status Conference to be held on 9/7/2007 at 11:00 AM at San Francisco Courtroom 23 - Carlson. (ac, ) (Entered: 07/24/2007) |
| 07/24/2007 | ❷5 | Order Regarding Initial Disclosures and Discovery Conference . (ac, ) (Entered: 07/24/2007) |
| 07/25/2007 | ❷6 | Summons Service Executed on Hugo Nery Bonilla 7/24/2007 . (Lafferty, William) (Entered: 07/25/2007) |
| 07/25/2007 | ❷7 | Certificate of Service *for Complaint and Related Papers* (RE: related document(s)6 Summons Service Executed,, 1 Complaint,, 2 Summons to be Issued,, 3 Adversary Cover Sheet, ). Filed by Plaintiffs ATR-Kim Eng Capital Partners, Inc., ATR-Kim Eng Financial Corporation (Lafferty, William) (Entered: 07/25/2007) |
| 08/31/2007 | ❷8 | Motion to Dismiss Adversary Proceeding Filed by Defendant Hugo Nery Bonilla. (Attachments: # 1 Memorandum of Points and Authorities # 2 Certificate of Service) (Cutler, Heather) (Entered: 08/31/2007) |
| 08/31/2007 | ❷9 | Notice of Hearing *of Defendant's Motion To Dismiss Complaint* (RE: related document(s)8 Motion to Dismiss Adversary Proceeding filed by Defendant Hugo Nery Bonilla). Hearing scheduled for 9/28/2007 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Defendant Hugo Nery Bonilla. (Cutler, Heather) (Entered: 08/31/2007) |
| 09/14/2007 | ❷10 | Brief/Memorandum in Opposition to *Defendant's Motion to Dismiss Fourth Cause of Action Pursuant to Federal Rule of Civil Procedure 12(b)(6)* (RE: related document(s)8 Motion to Dismiss Adversary Proceeding). Filed by Plaintiffs ATR-Kim Eng Capital Partners, Inc., ATR-Kim Eng Financial Corporation (Attachments: # 1 Certificate of Service) (Lafferty, William) (Entered: 09/14/2007) |
| 09/21/2007 | ❷11 | Reply to *Opposition to Motion to Dismiss* (RE: related document(s)8 Motion to Dismiss Adversary Proceeding). Filed by Defendant Hugo Nery Bonilla (Macdonald, Iain) (Entered: 09/21/2007) |
| 09/26/2007 | ❷12 | Document: *Initial Disclosures (FRCP 26(a)(1) & FRBP 7026)*.. Filed by Defendant Hugo Nery Bonilla (Attachments: # 1 Certificate of Service) (Cutler, Heather) (Entered: 09/26/2007) |
| 09/27/2007 | ❷13 | Tentative Ruling Re Motion to dismiss section 523(A)(4) claim (RE: related document(s)8 Motion to Dismiss Adversary Proceeding filed by Defendant Hugo Nery Bonilla). (ac, ) (Entered: 09/28/2007) |
| 09/28/2007 | ❷ | Courtroom Hearing Held (RE: Motion to Dismiss Adversary Proceeding - related document(s) 8 ) (Matter is submitted.)(gh, ) (Entered: 09/28/2007) |

| 09/30/2007 | ◕14 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)13 Order). Service Date 09/30/2007. (Admin.) (Entered: 09/30/2007) |
| 10/16/2007 | ◕15 | Memorandum Re: Defendant's Rule 12(b)(6) Motion (RE: related document(s)8 Motion to Dismiss Adversary Proceeding filed by Defendant Hugo Nery Bonilla). (dc, ) (Entered: 10/16/2007) |
| 10/16/2007 | ◕16 | Order Denying Defendant's Motion to Dismiss Plaintiff's Fouth Claim for Relief (Related Doc # 8) (dc, ) (Entered: 10/16/2007) |
| 10/17/2007 | ◕17 | Order To Continue Hearing (RE: related document(s)1 Complaint filed by Plaintiff ATR-Kim Eng Financial Corporation, Plaintiff ATR-Kim Eng Capital Partners, Inc., 4 Summons Issued. Status Conference to be held on 11/16/2007 at 9:30 AM San Francisco Courtroom 23 - Carlson for 4, (dc, ) (Entered: 10/18/2007) |
| 10/18/2007 | ◕18 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)15 Memorandum Decision). Service Date 10/18/2007. (Admin.) (Entered: 10/18/2007) |
| 10/18/2007 | ◕19 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)16 Order on Motion to Dismiss Adversary Proceeding). Service Date 10/18/2007. (Admin.) (Entered: 10/18/2007) |
| 10/20/2007 | ◕20 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)17 Order to Continued Hearing, ). Service Date 10/20/2007. (Admin.) (Entered: 10/20/2007) |
| 10/26/2007 | ◕21 | Motion to Reconsider *Order Denying Defendant's Motion to Dismiss Plaintiff's Fourth Claim For Relief* Filed by Defendant Hugo Nery Bonilla (RE: related document(s)16 Order on Motion to Dismiss Adversary Proceeding). (Cutler, Heather) (Entered: 10/26/2007) |
| 10/26/2007 | ◕22 | Notice of Hearing (RE: related document(s)21 Motion to Reconsider, filed by Defendant Hugo Nery Bonilla). Hearing scheduled for 12/14/2007 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Defendant Hugo Nery Bonilla. (Attachments: # 1 Certificate of Service) (Cutler, Heather) (Entered: 10/26/2007) |
| 11/14/2007 | ◕23 | Notice of Continued Hearing (RE: related document(s)17 Order to Continued Hearing, ). Filed by Defendant Hugo Nery Bonilla. (Attachments: # 1 Certificate of Service) (Cutler, Heather) (Entered: 11/14/2007) |
| 11/16/2007 | ◕24 | Motion for Summary Judgment *on the Fourth Claim for Relief* Filed by Plaintiffs ATR-Kim Eng Capital Partners, Inc., ATR-Kim Eng Financial Corporation. (Attachments: # 1 Certificate of Service) (Lafferty, William) (Entered: 11/16/2007) |
| 11/16/2007 | ◕25 | Request To Take Judicial Notice *In Support of Plaintiffs' Motion for Summary Judgment on the Fourth Claim for Relief* (RE: related document(s)24 Motion for Summary Judgment/Adjudication). Filed by Plaintiffs ATR-Kim Eng Capital Partners, Inc., ATR-Kim Eng Financial Corporation (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4) (Lafferty, William) (Entered: 11/16/2007) |
| 11/16/2007 | ◕26 | Declaration of Long X. Do in Support of *Plaintiffs' Motion for Summary Judgment on the Fourth Claim for Relief* (RE: related document(s)24 Motion for Summary Judgment/Adjudication). Filed by Plaintiffs ATR-Kim Eng Capital Partners, Inc., ATR-Kim Eng Financial Corporation (Attachments: # 1 Exhibit A) (Lafferty, William) (Entered: 11/16/2007) |
| 11/16/2007 | ◕ | Courtroom Hearing Continued (RE: Summons Issued - related document(s) 4 ) (Continued to 12/14/2007 09:30 AM at San Francisco Courtroom 23 - Carlson) (ba, ) (Entered: 11/16/2007) |
| 11/30/2007 | ◕27 | Brief/Memorandum in Opposition to *: Plaintiffs' Opposition to the Defendant's Motion to Reconsider Order Denying Defendant's Motion to Dismiss Plaintiff's Fourth Claim for Relief* (RE: related document(s)21 Motion to Reconsider, ). Filed by Plaintiffs ATR-Kim Eng Capital |

| | | |
|---|---|---|
| | | Partners, Inc., ATR-Kim Eng Financial Corporation (Attachments: # 1 Certificate of Service) (Lafferty, William) (Entered: 11/30/2007) |
| 11/30/2007 | 🔵28 | Brief/Memorandum in Opposition to (RE: related document(s)24 Motion for Summary Judgment/Adjudication). Filed by Defendant Hugo Nery Bonilla (Attachments: # 1 Request For Judicial Notice# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E and F# 7 Exhibit G# 8 Certificate of Service) (Cutler, Heather) (Entered: 11/30/2007) |
| 12/07/2007 | 🔵29 | Reply to : Plaintiffs' Reply in Support of Motion for Summary Judgment on the Fourth Claim for Relief (RE: related document(s)24 Motion for Summary Judgment/Adjudication). Filed by Plaintiffs ATR-Kim Eng Capital Partners, Inc., ATR-Kim Eng Financial Corporation (Attachments: # 1 Certificate of Service) (Lafferty, William) (Entered: 12/07/2007) |
| 12/07/2007 | 🔵30 | Reply to Plaintiffs' Opposition to Defendant's Motion to Reconsider (RE: related document(s)21 Motion to Reconsider, ). Filed by Defendant Hugo Nery Bonilla (Attachments: # 1 Certificate of Service) (Cutler, Heather) (Entered: 12/07/2007) |
| 12/14/2007 | 🔵 | Courtroom Hearing Held (RE: Motion to Reconsider - related document(s) 21 ) (Motion to reconsider is denied. Motion for summary judgement is granted. Motion for stay can be set for 1/8/08 at 9:30 AM.)(gh, ) (Entered: 12/14/2007) |
| 12/17/2007 | 🔵31 | Memorandum re defendant's motion for reconsideration and plaintiff's motion for summary judgment (RE: related document(s)21 Motion to Reconsider filed by Defendant Hugo Nery Bonilla). (ac, ) (Entered: 12/20/2007) |
| 12/22/2007 | 🔵32 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)31 Memorandum Decision). Service Date 12/22/2007. (Admin.) (Entered: 12/22/2007) |
| 01/02/2008 | 🔵33 | Order Denying defendant's Motion for Reconsideration and granting plaintiffs' motion for summary judgment on fourth cause of action. (Related Doc # 21) (ac, ) (Entered: 01/02/2008) |
| 01/02/2008 | 🔵34 | Partial Summary Judgment on fourth cause of action and rule 54(b) certification For plaintiff's ATR-Kim, Capital Partners, Inc. and ATR-Kim Eng Financial Corporation Against defendant Hugo Nery Bonilla. . (ac, ) (Entered: 01/02/2008) |
| 01/02/2008 | 🔵 | Hearing Set On (RE: related document(s)33 Order Denying defendant's Motion for Reconsideration and granting plaintiffs' motion for summary judgment on fourth cause of action. (Related Doc # 21) (ac, )). A hearing on the motion for stay pending appeal is scheduled for 1/18/2008 at 09:30 AM at San Francisco Courtroom 23 - Carlson. (ac, ) (Entered: 01/02/2008) |
| 01/04/2008 | 🔵35 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)33 Order on Motion to Reconsider). Service Date 01/04/2008. (Admin.) (Entered: 01/04/2008) |
| 01/04/2008 | 🔵36 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)34 Partial Judgment). Service Date 01/04/2008. (Admin.) (Entered: 01/04/2008) |
| 01/08/2008 | 🔵37 | Stipulation, To Stay Enforcement of Partial Summary Judgment On Plaintiffs' Fourth Cause of Action Pending Appeal Filed by Defendant Hugo Nery Bonilla. (Macdonald, Iain) (Entered: 01/08/2008) |
| 01/08/2008 | 🔵38 | Order approving stipulation to stay enforcement of partial summary judgment on plaintiff's fourth cause of action pending appeal (RE: related document(s)37 Stipulation for Miscellaneous Relief filed by Defendant Hugo Nery Bonilla). (ac, ) (Entered: 01/08/2008) |
| 01/08/2008 | 🔵39 | Notice of Change of Address of Macdonald & Associates Filed by Defendant Hugo Nery Bonilla. (Cutler, Heather) (Entered: 01/08/2008) |

| 01/09/2008 | ◑40 | Notice of Appeal to 9th Circuit Court (Direct Appeal), Fee Amount $ 255. (RE: related document(s)34 Partial Judgment, 33 Order on Motion to Reconsider). Appellant Designation due by 1/22/2008. Filed by Defendant Hugo Nery Bonilla (Cutler, Heather) (Entered: 01/09/2008) |
| 01/09/2008 | | Receipt of filing fee for Notice of Appeal(07-03079) [appeal,ntcapl] ( 255.00). Receipt number 4994720, amount $ 255.00 (U.S. Treasury) (Entered: 01/09/2008) |
| 01/11/2008 | ◑41 | Notice of Referral of Appeal to Bankruptcy Appellant Panel (RE: related document(s)40 Notice of Appeal filed by Defendant Hugo Nery Bonilla. (ac, ) (Entered: 01/11/2008) |
| 01/11/2008 | ◑42 | Courts Certificate of Mailing. Number of notices mailed: 3 (RE: related document(s)41 Notice of Referral of Appeal to BAP). (ac, ) (Entered: 01/11/2008) |
| 01/11/2008 | ◑43 | Transmission of Notice of Appeal to BAP (RE: related document(s)40 Notice of Appeal filed by Defendant Hugo Nery Bonilla. (ac, ) (Entered: 01/11/2008) |
| 01/17/2008 | ◑44 | Statement of Issues on Appeal,*and Designation of Record* (RE: related document(s)40 Notice of Appeal, filed by Defendant Hugo Nery Bonilla). (Attachments: # 1 Certificate of Service) Filed by Defendant Hugo Nery Bonilla (Cutler, Heather) (Entered: 01/17/2008) |
| 01/18/2008 | ◑45 | Transmittal to BAP re Appellant Designation, Statement of Issues. (RE: related document(s)40 Notice of Appeal). (ac, ) (Entered: 01/18/2008) |
| 01/23/2008 | ◑46 | Return of case number from BAP NC-08-1012 (RE: related document(s)40 Notice of Appeal). (ac, ) (Entered: 01/23/2008) |
| 01/29/2008 | ◑47 | Notice Regarding *Filing of Plaintiffs/Appellees' Statement of Election to Have Appeal Heard by the District Court* (RE: related document(s)40 Notice of Appeal, filed by Defendant Hugo Nery Bonilla. Filed by Plaintiffs ATR-Kim Eng Capital Partners, Inc., ATR-Kim Eng Financial Corporation. (Attachments: # 1 Exhibit 1) (Lafferty, William) (Entered: 01/29/2008) |
| 01/29/2008 | ◑48 | Appellee Designation of Contents for Inclusion in Record of Appeal *and Statement of Issues* (RE: related document(s)40 Notice of Appeal, filed by Defendant Hugo Nery Bonilla). Filed by Plaintiffs ATR-Kim Eng Capital Partners, Inc., ATR-Kim Eng Financial Corporation (Lafferty, William) (Entered: 01/29/2008) |
| 01/29/2008 | ◑49 | Certificate of Service (RE: related document(s)48 Appellee Designation,, 47 Notice, ). Filed by Plaintiffs ATR-Kim Eng Capital Partners, Inc., ATR-Kim Eng Financial Corporation (Lafferty, William) (Entered: 01/29/2008) |
| 01/31/2008 | ◑50 | Notice of transfer of appeal to District Court (RE: related document(s)40 Notice of Appeal filed by Defendant Hugo Nery Bonilla). . (ac, )District Court #CV 07-6239 SC. Modified on 2/12/2008 (ac, ). (Entered: 02/04/2008) |
| 02/06/2008 | ◑51 | Motion *: Administrative Motion to Consider Whether Cases Should Be Related* Filed by Plaintiffs ATR-Kim Eng Capital Partners, Inc., ATR-Kim Eng Financial Corporation. (Attachments: # 1 Certificate of Service) (Lafferty, William) (Entered: 02/06/2008) |
| 02/06/2008 | ◑52 | Declaration of Long X. Do in Support of *Administrative Motion to Consider Whether Cases Should Be Related* (RE: related document(s)51 Motion Miscellaneous Relief). Filed by Plaintiffs ATR-Kim Eng Capital Partners, Inc., ATR-Kim Eng Financial Corporation (Attachments: # 1 Exhibit A# 2 Exhibit B) (Lafferty, William) (Entered: 02/06/2008) |
| 02/06/2008 | | **COURT ENTRY** Waiting for appellant and appellees hard copies of designated items delivered to court. (RE: related document(s)48 Appellee Designation filed by Plaintiff ATR-Kim Eng Financial Corporation, Plaintiff ATR-Kim Eng Capital Partners, Inc., 44 Statement of Issues on Appeal filed by Defendant Hugo Nery Bonilla). (ac, ) (Entered: 02/06/2008) |

| | | |
|---|---|---|
| 02/07/2008 | ❍53 | Motion to Set Hearing *on Administrative Motion to Consider Whether Cases Should be Related* Filed by Interested Party Monica Araneta (RE: related document(s)51 Motion Miscellaneous Relief filed by Plaintiff ATR-Kim Eng Financial Corporation, Plaintiff ATR-Kim Eng Capital Partners, Inc.). (Attachments: # 1 Certificate of Service) (Rome-Banks, Julie) (Entered: 02/07/2008) |
| 02/07/2008 | ❍54 | Amended Certificate of Service (RE: related document(s)53 Motion to Set Hearing, ). Filed by Interested Party Monica Araneta (Rome-Banks, Julie) (Entered: 02/07/2008) |
| 02/12/2008 | ❍55 | Transmittal of transfer of appeal to District Court. District Court #CV 07-6239 SC (RE: related document(s)40 Notice of Appeal, ). (ac, ) (Entered: 02/12/2008) |

U.S. Bankruptcy Appellate Panel
of the Ninth Circuit
125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California   (626) 229-7220
Appeals from all other Districts  (626) 229-7225

**FILED**

In Re:          HUGO N. BONILLA

BAP No.:        NC-08-1012

Bankruptcy No(s).: 07-30309 TC

Adversary No(s).: 07-03079 TC

JAN 3 1 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection to the
disposition of this matter by the Bankruptcy Appellate Panel.
See 28 USC Section 158.  Consequently, this appeal is herewith
transferred to United States District Court, San Francisco, CA.
Please acknowledge receipt of the case file listed above
by signing and returning a copy of this transmittal form.

$CV 06239$

Harold S. Marenus, BAP Clerk

By: Freddie Brown
    Deputy Clerk

Date: January 25, 2008

Please acknowledge receipt of
the case file listed above.

Dated:_____

Signed:_____
        District Court Deputy

Assigned District Court No.

_____

cc: Bankruptcy Court
    All Parties

50

**FILED**

**JAN 1 8 2008**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Gloria L. Franklin
Clerk of Court

San Francisco Bankruptcy Court
235 Pine St.
P.O. Box 7341
San Francisco, CA 94120-7341

(415) 268-2300

RECEIVED
Harold S. Maranus, Clerk
U. S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

JAN 2 8 2008

Bankruptcy Appellate Panel of
the Ninth Circuit
125 S Grand Avenue
Pasadena, CA 91105

$C07$-6239 SC

FILED_____

DOCKETED _____
              DATE        INITIAL

Re: *Hugo Nery Bonilla, debtor*
*07-30309 TC*
*Judge Thomas E. Carlson*

Re: *ATR-Kim Eng Capital Partners, Inc. et al*
*v*
*Bonilla*
*07-3079 TC*

Attn: Edwina Clay

[X] Enclosed please find a conformed copy of the appellant designation, statement of issues, to
form the record on appeal.

Gloria L. Franklin, Clerk
United States Bankruptcy Court

ANNA CHO-WONG

Dated: January 18, 2008                    By: _____

Deputy Clerk    Anna Cho-Wong

1   MICHAEL J. BAKER (No. 56492)
    WILLIAM J. LAFFERTY (No. 120814)
2   LONG X. DO (No. 211439)
    HOWARD RICE NEMEROVSKI CANADY
3       FALK & RABKIN
    A Professional Corporation
4   Three Embarcadero Center, 7th Floor
    San Francisco, California 94111-4024
5   Telephone:   415/434-1600
    Facsimile:   415/217-5910
6
    Attorneys for Plaintiffs
7   ATR-KIM ENG FINANCIAL CORPORATION and
    ATR-KIM ENG CAPITAL PARTNERS, INC.
8
                    UNITED STATES BANKRUPTCY COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12
    In re                                   No. 07-30309
13
    HUGO N. BONILLA,                         Chapter 7 Case
14
                Debtor.                       Adv. Proc. No. 07-03079
15
    _____      NOTICE OF FILING OF
16  ATR-KIM ENG FINANCIAL CORPORATION        PLAINTIFFS/APPELLEES'
    and ATR-KIM ENG CAPITAL PARTNERS,        STATEMENT OF ELECTION TO
17  INC.,                                    HAVE APPEAL HEARD BY THE
                                             DISTRICT COURT
18              Plaintiffs,

19      v.

20  HUGO NERY BONILLA,

21              Defendant.
    _____

22

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN

1    **PLEASE TAKE NOTICE** that Plaintiffs ATR-Kim Eng Financial Corporation and ATR-

2    Kim Eng Capital Partners, Inc., Appellees in the appeal of an order from the above-captioned

3    adversary proceeding, which appeal is currently pending before the Bankruptcy Appellate Panel of

4    the Ninth Circuit as B.A.P. Case No. NC-08-1012, have filed a Plaintiffs/Appellees' Statement of

5    Election to Have Appeal Heard by the District Court, a copy of which is attached hereto as Exhibit

6    1.

7

8    Dated: January 23, 2008                HOWARD RICE NEMEROVSKI CANADY
                                             FALK & RABKIN
9                                            A Professional Corporation

10

                                             By:_____/s/_____
11                                                     WILLIAM J. LAFFERTY

12                                           Attorneys   for   ATR-KIM   ENG   FINANCIAL
                                             CORPORATION   and   ATR-KIM   ENG   CAPITAL
13                                           PARTNERS, INC.

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1**

1  MICHAEL J. BAKER (No. 56492)
   WILLIAM J. LAFFERTY (No. 120814)
2  LONG X. DO (No. 211439)
   HOWARD RICE NEMEROVSKI CANADY
3       FALK & RABKIN
   A Professional Corporation
4  Three Embarcadero Center, 7th Floor
   San Francisco, California 94111-4024
5  Telephone:  415/434-1600
   Facsimile:  415/217-5910
6
   Attorneys for Plaintiffs/Appellees
7  ATR-KIM ENG FINANCIAL CORPORATION
   and ATR-KIM ENG CAPITAL PARTNERS,
8  INC.

**FILED**

JAN 2 5 2008

HAROLD S. MARENUS, CLERK
U.S. BKCY APP. PANEL
OF THE NINTH CIRCUIT

9

10              UNITED STATES BANKRUPTCY APPELLATE PANEL

11                         OF THE NINTH CIRCUIT

12

| 13  In re | Bankr. Ct. No. 07-30309 (TC) |
| 14  HUGO N. BONILLA, | Adv. Proc. No. 07-03079 (TC) |
| 15              Debtor. | |
| 16  ATR-KIM ENG FINANCIAL | BAP No. NC-08-1012 |
| 17  CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC., | |
| 18              Plaintiffs/Appellees, | |
| 19        v. | |
| 20  HUGO NERY BONILLA, | |
| 21              Defendant/Appellant. | |

22

23

24              PLAINTIFFS/APPELLEES'
                STATEMENT OF ELECTION TO HAVE APPEAL HEARD
25              BY THE DISTRICT COURT

26

27

28

                        STATEMENT OF ELECTION
                              -1-

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
Professional Corporation

1    Pursuant to 28 U.S.C. section 158(c)(1) and Rule 8001(e) of the Federal Rules of

2  Bankruptcy Procedure, ATR-Kim Eng Financial Corporation and ATR-Kim Eng Capital

3  Partners, Inc., Plaintiffs/Appellees in the above-captioned appellate proceeding, hereby elect

4  to have this appeal heard by the United States District Court for the Northern District of

5  California.

6

7  Dated: January 25, 2008                  HOWARD RICE NEMEROVSKI CANADY
                                             FALK & RABKIN
8                                            A Professional Corporation

9

10  By: _____
                                             WILLIAM J. LAFFERTY

11                                           Attorneys for Plaintiffs/Appellees ATR-KIM ENG
                                             FINANCIAL CORPORATION and ATR-KIM ENG
12                                           CAPITAL PARTNERS, INC.



HOWARD
RICE
EMEROVSKI
CANADY
FALK
& RABKIN
_Professional Corporation_

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE BY MAIL**

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On January 24, 2008, I served the following document(s) described as **Plaintiffs/Appellees' Statement of Election to Have Appeal Heard by the District Court** on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the law offices of Howard Rice, Nemerovski Canady Falk & Rabkin, A Professional Corporation, located at Three Embarcadero Center, 7th Floor, San Francisco, California, to be served by mail addressed as follows:

Michael C. Fallon
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
*[Attorney for Janina Elder
Bankruptcy Trustee]*

Iain A. Macdonald
Law Offices of Macdonald and Associates
2 Embarcadero Center, Suite 1670
San Francisco, CA 94111-3930
*[Attorney for Defendant/Appellant Hugo N. Bonilla]*

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on January 24, 2008.

_____
Ashley R. Ray

W03 170140001/1476414/v1

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

1 | MICHAEL J. BAKER (No. 56492)
WILLIAM J. LAFFERTY (No. 120814)
2 | LONG X. DO (No. 211439)
HOWARD RICE NEMEROVSKI CANADY
3 |     FALK & RABKIN
A Professional Corporation
4 | Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
5 | Telephone:  415/434-1600
Facsimile:   415/217-5910
6 |
Attorneys for Plaintiffs/Appellees
7 | ATR-KIM ENG FINANCIAL CORPORATION
and ATR-KIM ENG CAPITAL PARTNERS,
8 | INC.

9

10              UNITED STATES BANKRUPTCY COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14 | In re                                    | No. 07-30309

15 | HUGO N. BONILLA,                          | Chapter 7 Case

16 |              Debtor.

17 |                                           | Adv. Proc. No. 07-03079
   | ATR-KIM ENG FINANCIAL
18 | CORPORATION and ATR-KIM ENG
   | CAPITAL PARTNERS, INC.,
19 |
   |              Plaintiffs/Appellees,
20 |
   | v.
21 |
   | HUGO NERY BONILLA,
22 |
   |              Defendant/Appellant.
23 |

24

25                  PLAINTIFFS/APPELLEES'
        DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON APPEAL
26                  AND STATEMENT OF ISSUES

27

28

        DESIGNATION OF RECORD AND STATEMENT OF ISSUES

48

1    Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, ATR-Kim Eng

2    Financial Corporation and ATR-Kim Eng Capital Partners, Inc., Plaintiffs and Appellees in

3    the above-captioned appellate proceeding (collectively, "ATR"), hereby submit Appellees'

4    designation of additional items to be included in the record on appeal and statement of

5    issues.

6

7                    **ADDITIONAL ITEMS FOR THE RECORD ON APPEAL**

8    1.    Order Denying Defendant's Motion to Dismiss Plaintiff's Fourth Claim for

9    Relief, entered October 16, 2007 [docket entry #16].

10

11                                  **STATEMENT OF ISSUES**

12   1.    Whether the Bankruptcy Court erred in holding that Hugo N. Bonilla, the Debtor

13   and Defendant herein, was a "fiduciary" within the meaning of 11 U.S.C. section 523(a)(4),

14   so as to render his debt to ATR nondischargeable.

15

16

17   Dated:  January 29, 2008.              HOWARD RICE NEMEROVSKI CANADY
                                            FALK & RABKIN
18                                          A Professional Corporation

19

20                                          By:_____/s/_____
                                                        WILLIAM J. LAFFERTY

21                                          Attorneys for Plaintiffs/Appellees ATR-KIM ENG
                                            FINANCIAL CORPORATION and ATR-KIM ENG
22                                          CAPITAL PARTNERS, INC.

23

24

25   W03 012908-170140001/Y07/1477063/v2

26

27

28

                                        -1-

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN

1   MICHAEL J. BAKER (No. 56492)
    WILLIAM J. LAFFERTY (No. 120814)
2   LONG X. DO. (No. 211439)
    HOWARD RICE NEMEROVSKI CANADY
3   FALK & RABKIN
    A Professional Corporation
4   Three Embarcadero Center, 7th Floor
    San Francisco, California 94111-4024
5   Telephone:   415/434-1600
    Facsimile:   415/217-5910
6
    Attorneys for Creditors
7   ATR-KIM ENG FINANCIAL CORPORATION
    AND ATR-KIM ENG CAPITAL PARTNERS,
8   INC.

9                  UNITED STATES BANKRUPTCY COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  In re                                  Case No. 07-30309

14  HUGO N. BONILLA,                       Chapter 7 Case

15           Debtor.

16
    ATR-KIM ENG FINANCIAL                  Adv. Proc. No. 07-03079
17  CORPORATION and ATR-KIM ENG
    CAPITAL PARTNERS, INC.,                PROOF OF SERVICE
18
             Plaintiffs,
19
        v.
20
    HUGO NERY BONILLA,
21
             Defendant.
22

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN

1    I, Ashley B. Ray, declare:

2        I am a resident of the State of California and over the age of eighteen years, and not a

3    party to the within action; my business address is Three Embarcadero Center, 7th Floor, San

4    Francisco, California 94111-4024. On January 29, 2008, I served the following

5    document(s) described as:

6    **NOTICE OF FILING OF PLAINTIFFS/APPELLEES' STATEMENT OF**
7    **ELECTION TO HAVE APPEAL HEARD BY THE DISTRICT COURT;**

8    **PLAINTIFFS/APPELLEES' DESIGNATION OF ADDITIONAL ITEMS FOR**
9    **RECORD ON APPEAL AND STATEMENT OF ISSUES**

10   ☐   by transmitting via e-mail the document(s) listed above to the e-mail
         address(es) indicated below on this date before 5:00 p.m.

11
     ☐   by transmitting via facsimile the document(s) listed above to the fax number(s)
12       set forth below on this date before 5:00 p.m.

13   ☒   by placing the document(s) listed above in a sealed envelope with postage
         thereon fully prepaid, in the United States mail at San Francisco, California
14       addressed as set forth below.

15   ☐   by causing personal delivery by First Legal Support Services of the
         document(s) listed above to the person(s) at the address(es) set forth below; or

16
     ☐   by placing the document(s) listed above in a sealed Federal Express envelope
17       and affixing a pre-paid air bill, and causing the envelope to be delivered to a
         Federal Express agent for delivery

18
     Iain A. Macdonald                    Michael C. Fallon
19   Heather A. Cutler                    Law Offices of Michael C. Fallon
     Macdonald and Associates             100 E Street, #219
20   221 Sansome Street                   Santa Rosa, CA 95404
21   San Francisco, CA 94104
                                          *[Counsel for the Trustee]*
22   *[Counsel for the Debtor]*

23

24       I am readily familiar with the practice for collection and processing of documents for

25   mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk &

26   Rabkin, A Professional Corporation, and that practice is that the documents are deposited

27   with the United States Postal Service with postage fully prepaid the same day as the day of

28   collection in the ordinary course of business.

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

1    I declare under penalty of perjury under the laws of the State of California that the

2    foregoing is true and correct. Executed at San Francisco, California on January 29, 2008.

3

4                                                    /s/
                                                Ashley B. Ray
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN

**Entered on Docket**
**October 16, 2007**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1

2          **Signed and Filed: October 16, 2007**

3

4                              _____
                              **THOMAS E. CARLSON**
5                              **U.S. Bankruptcy Judge**

6

7

8                  **UNITED STATES BANKRUPTCY COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10
    In re                          )  Case No. 07-30309 TEC
11                                 )
    HUGO NERY BONILLA,             )  Chapter 7
12                                 )
                                   )
13                      Debtor.    )
                                   )
14  _____)
    ATR-KIM ENG CAPITAL PARTNERS, INC., )  Adv. Proc. No. 07-3079 TC
15  and ATR-KIM ENG FINANCIAL      )
    CORPORATION,                   )
16                                 )
                        Plaintiffs, )
17                                 )
         vs.                       )
18                                 )
                                   )
19  HUGO NERY BONILLA,             )
                                   )
20                                 )
                        Defendant. )
21  _____)

22    **ORDER DENYING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FOURTH**
                            **CLAIM FOR RELIEF**
23

24        On September 28, 2007, the court held a hearing on Defendant's

25  Motion to Dismiss Plaintiffs' fourth claim for relief.   Iain A.

26  Macdonald appeared for Defendant.  William J. Lafferty appeared for

27  Plaintiffs.

28

    ORDER DENYING DEFENDANT'S
    MOTION TO DISMISS                -1-

1    Upon due consideration, and for the reasons stated in the

2  accompanying memorandum, Defendant's motion is denied.

3                          **END OF ORDER**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER DENYING DEFENDANT'S**
**MOTION TO DISMISS**                    -2-

1                        **Court Service List**

2

3

Iain A. Macdonald, Esq.
4  Law Offices of Macdonald & Associates
Two Embarcadero Center, Suite 1670
5  San Francisco, CA 94111-3930

6  Michael C. Fallon, Esq.
Law Offices of Michael C. Fallon
7  100 E Street, Suite 219
Santa Rosa, CA 95404

8

Michael J. Baker, Esq.
9  William J. Lafferty, Esq.
Matthew L. Beltramo, Esq.
10  Howard, Rice, Nemerovski, Canady,
 Falk & Rabkin
11  Three Embarcadero Center, 7th Floor
San Francisco, CA 94111

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | MACDONALD & ASSOCIATES
IAIN A. MACDONALD (State Bar No. 051073)
2 | HEATHER A. CUTLER (State Bar No. 217837)
221 Sansome Street
3 | San Francisco, CA 94104
Telephone: (415) 362-0449
4 | Facsimile: (415) 394-5544

5 | Attorneys for Defendant,
HUGO NERY BONILLA

6

7

RECEIVED
Harold S. Marenus, Clerk
U. S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

JAN 2 8 2008

FILED_____

DOCKETED_____
        DATE            INITIAL

8 | UNITED STATES BANKRUPTCY COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

In Re:                                          Case No. 07-30309

11

HUGO NERY BONILLA,                              Chapter 7

12

Debtors.

13

14 | ATR-KIM ENG FINANCIAL                        Adversary Proceeding No. 07-03079
CORPORATION and ATR-KIM ENG
15 | CAPITAL PARTNERS, INC.,                      DESIGNATION OF RECORD AND
                                                STATEMENT OF ISSUES ON APPEAL
16 | Plaintiffs,

17 | vs.

18 | HUGO NERY BONILLA,

19 | Defendant.

20

## DESIGNATION OF RECORD

21

Appellant Hugo Nery Bonilla designates the following for inclusion on the record on appeal:

22

1.    Complaint (1) to determine that Debtor Hugo Bonilla is Not Entitled to a Discharge in

23

Bankruptcy Pursuant to 11 U.S.C. § 727(a) and (2) Seeking Determination of Non-Dischargeability

24

of Debt Pursuant to 11 U.S.C. § 523(a)(4)

25

2.    Motion to Dismiss Complaint

26

3.    Memorandum of Points and Authorities Supporting Motion to Dismiss Complaint

27

4.    Memorandum of Points and Authorities in Opposition to Defendant's Motion to

28

Dismiss Fourth Cause of Action Pursuant to Federal Rule of Civil Procedure 12(b)(6)

1    5.    Reply in Support of Motion to Dismiss Complaint

2    6.    Tentative Ruling Re Motion to Dismiss Section 523(a)(4) Claim

3    7.    Memorandum re Defendant's Rule 12(b)(6) Motion

4    8.    Motion to Reconsider Order Denying Defendant's Motion to Dismiss Plaintiff's

5    Fourth Claim For Relief

6    9.    Plaintiffs' Notice of Motion and Motion For Summary Judgment on the Fourth Claim

7    For Relief; Memorandum of Points and Authorities in Support Thereof

8    10.    Request For Judicial Notice In Support of Plaintiffs' Motion For Summary Judgment

9    on the Fourth Claim For Relief

10    11.    Declaration of Long X. Do In Support of Plaintiffs' Motion For Summary Judgment

11    on the Fourth Claim For Relief and Request For Judicial Notice

12    12.    Defendant's Opposition to Plaintiffs' Motion For Summary Judgment on the Fourth

13    Claim For Relief

14    13.    Request For Judicial Notice In Support of Defendant's Opposition to Plaintiffs'

15    Motion For Summary Judgment on the Fourth Claim For Relief

16    14.    Plaintiffs' Opposition to the Defendant's Motion to Reconsider Order Denying

17    Defendant's Motion to Dismiss Plaintiffs' Fourth Claim For Relief

18    15.    Plaintiffs' Reply in Support of Motion for Summary Judgment on the Fourth Claim

19    for Relief

20    16.    Defendant's Reply to Plaintiffs' Opposition to Motion to Reconsider Order Denying

21    Defendant's Motion to Dismiss Plaintiffs' Fourth Claim For Relief

22    17.    Memorandum Re Defendant's Motion for Reconsideration and Plaintiffs' Motion for

23    Summary Judgment

24    18.    Order Denying Defendant's Motion for Reconsideration and Granting Plaintiffs'

25    Motion for Summary Judgment on the Fourth Cause of Action

26    19.    Partial Summary Judgment on Fourth Cause of Action and Rule 54(b) Certification

27    20.    Notice Of Appeal On Partial Summary Judgment on Fourth Cause of Action and of

28    Order Denying Defendant's Motion for Reconsideration and Granting Plaintiffs' Motion for

2

1  Summary Judgment on the Fourth Cause of Action

2        21.    Adversary Proceeding Case Docket

3        22.    Transcript of the hearing on December 14, 2007

4        23.    Transcript of the hearing on September 28, 2007

5                    **STATEMENT OF ISSUES ON APPEAL**

6        1.    Did the Bankruptcy Court err by ruling that Delaware law imposes fiduciary duties on

7  corporate directors which are "substantially similar" to those held by trustees of express or technical

8  trusts?

9        2.    Did the Bankruptcy Court err by departing from Ninth Circuit precedent, namely, that

10  a debt may only be deemed nondischargeable under 11 U.S.C. § 523(a)(4) if the debtor was a

11  fiduciary to the moving party pursuant to an express or technical trust, by holding that § 523(a)(4)

12  precludes dischargeability of a debt where the debtor's duties were "substantially similar" to those of

13  a trustee of an express or technical trust?

14        3.    Did the Bankruptcy Court err by ruling that Delaware corporate directors are

15  fiduciaries within the meaning of § 523(a)(4)?

16  DATED: January 17, 2008                    MACDONALD & ASSOCIATES

17

18                                    By:    _____/s/_____

19                                          Heather A. Cutler, Attorneys for Defendant,
                                            Hugo Nery Bonilla

20

21

22

23

24

25

26

27

28

                                                                                    3

**RECEIVED**
Harold S. Marenus, Clerk
U. S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

1   MACDONALD & ASSOCIATES

2   IAIN A. MACDONALD (State Bar No. 051073)
    HEATHER A. CUTLER (State Bar No. 217837)

**JAN 2 8 2008**

3   Two Embarcadero Center, Suite 1670
    San Francisco, CA  94111-3930

**FILED**_____

4   Telephone: (415) 362-0449
    Facsimile: (415) 394-5544

**DOCKETED**_____
            DATE            INITIAL

5   Attorneys for Debtor,
    HUGO NERY BONILLA
6

7

8                   UNITED STATES BANKRUPTCY COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  In Re:                              Case No. 07-30309

12  HUGO NERY BONILLA,                  Chapter 7

13            Debtor.                   Adv. Proc. No. 07-03079

14
    ATR-KIM ENG FINANCIAL
15  CORPORATION AND ATR-KIM ENG
    CAPITAL PARTNERS, INC.,
16
            Plaintiffs,                 CERTIFICATE OF SERVICE
17
            vs.
18
    HUGO NERY BONILLA,
19
            Defendant.
20

21
        I, the undersigned, state that I am employed in the City and County of San Francisco, State of
22
    California; that I am over the age of eighteen years and not a party to the within action; that my
23
    business address is Two Embarcadero Center, Suite 1670, San Francisco, California, 94111-3930.
24
        On the date hereon, I served the foregoing document(s) described as:
25
        DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL
26

27  on the following on this 17th day of January, 2008, at San Francisco, California:

28

                                                                            1
    CERTIFICATE OF SERVICE

**Entered on Docket**
**January 02, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: January 02, 2008**

**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

1

2

3

4

5

6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10
| | |
|---|---|
| In re | Case No. 07-30309 TEC |

11

HUGO NERY BONILLA,                           Chapter 7

12

13                              Debtor.

14
_____
ATR-KIM ENG CAPITAL PARTNERS, INC.,     Adv. Proc. No. 07-3079 TC

15   and ATR-KIM ENG FINANCIAL
     CORPORATION,

16
                              Plaintiffs,

17
        vs.                              Date: January 18, 2008

18                                       Time: 9:30 a.m.
                                         Crtm: 235 Pine St., 23rd Fl.

19   HUGO NERY BONILLA,                        San Francisco, CA

20
                              Defendant.

21   _____

22   **ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION AND GRANTING**
     **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON FOURTH CAUSE OF ACTION**

23
          The court held a hearing on December 14, 2007 on Defendant's

24
     Motion to Reconsider Order Denying Defendant's Motion to Dismiss

25
     Plaintiff's Fourth Cause of Action and on Plaintiffs' Motion for

26
     Summary Judgment on Fourth Cause of Action.   William J. Lafferty

27
     appeared for Plaintiffs.   Iain A. Macdonald appeared for Defendant.

28

**ORDER DENYING DEF.'S MTN FOR RECONSID.**
**AND GRANTING PLANTIFFS' MTN. FOR**
**PARTIAL SUMM. JUDG.**                    -1-

33

1   Upon due consideration, and for reasons stated on the record

2 at the hearing and in the accompanying memorandum, the court hereby

3 orders as follows.

4   (1) Defendant's motion for reconsideration is denied.

5   (2) The court grants Plaintiffs' motion for summary judgment

6 on the fourth claim for relief and determines that the

7 $24,981,069.66 judgment entered on January 10, 2007 in Delaware

8 Court of Chancery Case No. CIV.A. 489 is excepted from discharge

9 under 11 U.S.C. § 523(a)(4).

10   (3) The court will enter a separate partial judgment on the

11 fourth claim for relief, and will direct entry of final judgment as

12 to this claim.

13   (4) Upon stipulation of the parties on the record at the

14 hearing, the court establishes the following schedule regarding

15 Defendant's Motion for Stay Pending Appeal of the Partial Judgment:

16   (a) Defendant shall file and serve a Motion for Stay on or

17 before January 4, 2008.

18   (b) Plaintiffs shall file and serve a response to the Motion

19 on or before January 14, 2008.

20   (c) A hearing on the motion for stay pending appeal is set for

21 January 18, 2008 at 9:30 a.m.

22          **END OF ORDER**

23

24

25

26

27

28

**ORDER DENYING DEF.'S MTN FOR RECONSID.**
**AND GRANTING PLANTIFFS' MTN. FOR**
**PARTIAL SUMM. JUDG.**      -2-

1                          **Court Service List**

2

3

    Iain A. Macdonald, Esq.
4  Law Offices of Macdonald & Associates
    Two Embarcadero Center, Suite 1670
5  San Francisco, CA 94111-3930

6  Michael C. Fallon, Esq.
    Law Offices of Michael C. Fallon
7  100 E Street, Suite 219
    Santa Rosa, CA 95404
8
    Michael J. Baker, Esq.
9  William J. Lafferty, Esq.
    Matthew L. Beltramo, Esq.
10  Howard, Rice, Nemerovski, Canady,
     Falk & Rabkin
11  Three Embarcadero Center, 7th Floor
    San Francisco, CA 94111
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**Entered on Docket**
**January 02, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: January 02, 2008

**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | ) Case No. 07-30309 TEC |
| | ) |
| HUGO NERY BONILLA, | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) |
| ATR-KIM ENG CAPITAL PARTNERS, INC., | ) Adv. Proc. No. 07-3079 TC |
| and ATR-KIM ENG FINANCIAL | ) |
| CORPORATION, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| HUGO NERY BONILLA, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PARTIAL SUMMARY JUDGMENT ON FOURTH CAUSE OF ACTION AND RULE 54(b)**
**CERTIFICATION**

The court held a hearing on December 14, 2007 on Defendant's

Motion to Reconsider Order Denying Defendant's Motion to Dismiss

Plaintiff's Fourth Cause of Action and on Plaintiffs' Motion for

Summary Judgment on Fourth Cause of Action.  William J. Lafferty

appeared for Plaintiffs.  Iain A. Macdonald appeared for Defendant.

PARTIAL SUMMARY JUDGMENT AND RULE 54(b)
CERTIFICATION                              -1-

1    Upon due consideration, and for reasons stated on the record
2 at the hearing and in the accompanying memorandum, the court hereby
3 enters partial summary judgment as follows.

4    (1) Summary judgment is entered on Plaintiffs' fourth claim
5 for relief that the $24,981,069.66 judgment entered on January 10,
6 2007 in Delaware Court of Chancery Case No. CIV.A. 489 is excepted
7 from discharge under 11 U.S.C. § 523(a)(4).

8    (2) Pursuant to Federal Rule of Civil Procedure 54(b),
9 incorporated by Fed. R. Bankr. Proc. 7054(a), the court having
10 determined that there is no just reason for delay, the court
11 expressly directs immediate entry of final judgment on Plaintiffs'
12 fourth claim for relief.

13                    **END OF PARTIAL SUMMARY JUDGMENT**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PARTIAL SUMMARY JUDGMENT AND RULE 54(b)**
**CERTIFICATION**                          -2-

1                        **Court Service List**

2

3

Iain A. Macdonald, Esq.
4  Law Offices of Macdonald & Associates
Two Embarcadero Center, Suite 1670
5  San Francisco, CA 94111-3930

6  Michael C. Fallon, Esq.
Law Offices of Michael C. Fallon
7  100 E Street, Suite 219
Santa Rosa, CA 95404

8

Michael J. Baker, Esq.
9  William J. Lafferty, Esq.
Matthew L. Beltramo, Esq.
10  Howard, Rice, Nemerovski, Canady,
  Falk & Rabkin
11  Three Embarcadero Center, 7th Floor
San Francisco, CA 94111

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pro Se Appeal CV 07-6239SC

USDC
450 Golden Gate Ave.
Box 36060
San Francisco, CA
94102

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FEB 1 4 2008

RECEIVED



HASLER
$1 480
02/12/2008
Mailed From 94104