MICHAEL J. BAKER (No. 56492)
Email: mbaker@howardrice.com
LONG X. DO (No. 211439)
Email: ldo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  415/434-1600
Facsimile:  415/217-5910

Attorneys for Plaintiffs
ATR-KIM ENG FINANCIAL CORPORATION
and ATR-KIM ENG CAPITAL PARTNERS,
INC.

2008-023081 CONF
11:31am 03/04/08 NP  Fee: 19.00
Count of pages 5
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*200800023081AR*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HUGO BONILLA, MONICA ARANETA and DOES 1-25,<br><br>Defendants. | No. CV-07-6239 SC<br><br>SUPPLEMENTAL NOTICE OF PENDENCY OF REAL PROPERTY CLAIM (LIS PENDENS) REGARDING 1605 WEDGEWOOD DRIVE, HILLSBOROUGH, CALIFORNIA<br><br>(Cal. Code Civil Proc. §§405.20 *et seq.*)<br><br>[Formerly Case No. CIV 460691 in the San Mateo County Superior Court] |

PLEASE TAKE NOTICE THAT the Notice of Pendency of Real Property Claim (Lis Pendens) pertaining to real property commonly known as 1605 Wedgewood Drive, Hillsborough, California, filed on February 6, 2007, in the action entitled *ATR-Kim Eng Financial Corporation and ATR-Kim Eng Capital Partners, Inc. v. Hugo Bonilla, Monica Araneta, Dora M. Aberouette, Michelle Bonilla and Does 1-25* (the "Action"), originally filed in the San Mateo County Superior Court (Action No. CIV 460691) and recorded on February 6, 2007, in the Office of the San Mateo County Recorder (No. 2007-018718

CONF), is supplemented as follows.

SUPPLEMENTAL NOTICE IS HEREBY GIVEN THAT the Action has been transferred from the San Mateo County Superior Court to the United States District Court for the Northern District of California, San Francisco Division, and is now pending as Case No. CV-07-6239 SC.

The nature of the Action remains the same as previously described in the Notice of Pendency of Real Property Claim (Lis Pendens) filed on February 6, 2007.

The Action involves a real property claim affecting certain real property situated in San Mateo County, California, United States of America, commonly known as 1605 Wedgewood Drive, Hillsborough, California (San Mateo County Assessor's Parcel Number 038-074-010; Joint Plant Number 038-007-074-01a) and more particularly described as follows:

> Lot 9, as shown on that certain map entitled "CRYSTAL SPRINGS MAP NO. 1-A, HILLSBOROUGH, SAN MATEO COUNTY, CALIFORNIA", filed in the office of the recorder of the County of San Mateo, State of California, on August 15, 1947, in Book 27 of Maps at page(s) 45, 46, 47, and 48.

An object of the Action is to set aside and void a transfer of title in the above-described property as being the product of a fraudulent conveyance.

Dated: March 3, 2008.

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By: _____
LONG X. DO

Attorneys for Plaintiffs ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC.

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _San Francisco_ } ss.

On _March 3, 2008_, before me, _Janet G. Beverly, Notary Public_,
Date                                      Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _Long X. Do_ ,
Name(s) of Signer(s)

[ ] personally known to me

[X] proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_[signature]_
Signature of Notary Public

[Notary Seal: JANET G. BEVERLY, COMM. #1610329, NOTARY PUBLIC - CALIFORNIA, SAN FRANCISCO COUNTY, My Comm. Expires Oct. 1, 2009]

Place Notary Seal Above

─────────── OPTIONAL ───────────

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**
Title or Type of Document: _Supplemental Notice of Pendency_

Document Date: _3/3/08_                Number of Pages: _2_

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
[ ] Individual
[ ] Corporate Officer — Title(s): _____
[ ] Partner — [ ] Limited [ ] General
[ ] Attorney in Fact
[ ] Trustee
[ ] Guardian or Conservator
[ ] Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

Signer's Name: _____
[ ] Individual
[ ] Corporate Officer — Title(s): _____
[ ] Partner — [ ] Limited [ ] General
[ ] Attorney in Fact
[ ] Trustee
[ ] Guardian or Conservator
[ ] Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402    Item No. 5907    Reorder: Call Toll-Free 1-800-876-6827

# PROOF OF SERVICE

I, Tracey L. Douglas, declare: I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024 (San Francisco County). On March 4, 2008, I served the following document(s) described as **SUPPLEMENTAL NOTICE OF PENDENCY OF REAL PROPERTY CLAIM (LIS PENDENS) REGARDING 1605 WEDGEWOOD DRIVE, HILLSBOROUGH, CA:**

- [ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- [x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed to the parties set forth below, via registered mail, return receipt requested.

- [ ] by transmitting via email the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m.

- [ ] by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

- [ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Hugo Bonilla
1605 Wedgewood Drive
Hillsborough, CA 94010

Hugo Bonilla
36611 Sequoia Court
Newark, CA 94560

Hugo Bonilla
c/o LBC Mundial Corporation
362 East Grand Avenue
South San Francisco, CA 94080

Monica Araneta
1605 Wedgewood Drive
Hillsborough, CA 94010

Monica Araneta
48-A McKinley Road
Forbes Park, Makati City, 1219
Philippines

Carlos R. Araneta
1605 Wedgewood Drive
Hillsborough, CA 94010

Carlos Araneta
48-A McKinley Road
Forbes Park, Makati City, 1219
Philippines

Consuelo Araneta
48-A McKinley Road
Forbes Park, Makati City, 1219
Philippines

Consuelo Araneta
1605 Wedgewood Drive
Hillsborough, CA 94010

Maritza Aberouette
c/o MNB Holdings Corporation
3060 16th Street
San Francisco, CA 94103

-1-

PROOF OF SERVICE

| | |
|---|---|
| Maritza Aberouette<br>170 Yorkshire Court<br>San Bruno, CA 94066 | Michelle Bonilla<br>36611 Sequoia Court<br>Newark, CA 94560 |
| North American Title Company<br>2121 El Camino Real, Bldg. B-205<br>San Mateo, CA 94403 | Warren Slocum<br>County Assessor<br>555 County Center<br>Redwood City, CA 94063 |
| Preferred Financial Group, Inc.<br>(dba Preferred Financial Services)<br>112 Park Place<br>Millbrae, California 94030<br>Attn: Loan #2902959 | North American Title Company<br>330 Primrose Road, #600<br>Burlingame, CA 94010 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on March 4, 2008.

_____
Tracey L. Douglas

-2-

PROOF OF SERVICE