RECORDING REQUESTED BY
AND MAIL TO

| | |
|---|---|
| 1 | MICHAEL J. BAKER (No. 56492) |
| 2 | WILLIAM J. LAFFERTY (No. 120814)<br>LONG X. DO (No. 211439) |
| 3 | HOWARD RICE NEMEROVSKI CANADY<br>    FALK & RABKIN |
| 4 | A Professional Corporation<br>Three Embarcadero Center, 7th Floor |
| 5 | San Francisco, California  94111-4024<br>Telephone:   415/434-1600 |
| 6 | Facsimile:    415/217-5910 |
| 7 | Attorneys for Plaintiffs<br>ATR-KIM ENG FINANCIAL CORPORATION |
| 8 | and ATR-KIM ENG CAPITAL PARTNERS,<br>INC. |

COPY of Document Recorded
on 3/5/08
as No. 2008082686
Has not been compared with Original.
ALAMEDA COUNTY RECORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HUGO BONILLA, MONICA ARANETA and DOES 1-25,<br><br>　　　　　　Defendants. | | No. CV-07-6239 SC<br><br>SUPPLEMENTAL NOTICE OF PENDENCY OF REAL PROPERTY CLAIM (LIS PENDENS) REGARDING 36611 SEQUOIA COURT, NEWARK, CALIFORNIA<br><br>(Cal. Code Civil Proc. §§405.20 *et seq.*)<br><br>[Formerly Case No. CIV 460691 in the San Mateo County Superior Court] |

PLEASE TAKE NOTICE THAT the Notice of Pendency of Real Property Claim (Lis Pendens) pertaining to real property commonly known as 36611 Sequoia Court, Newark, California, filed on February 21, 2007, in the action entitled *ATR-Kim Eng Financial Corporation and ATR-Kim Eng Capital Partners, Inc. v. Hugo Bonilla, Monica Araneta, Dora M. Aberouette, Michelle Bonilla and Does 1-25* (the "Action"), originally filed in the San Mateo County Superior Court (Action No. CIV 460691) and recorded on February 20, 2007, in the Office of the Alameda County Recorder (No. 2007077743), is supplemented as

follows.

SUPPLEMENTAL NOTICE IS HEREBY GIVEN THAT the Action has been transferred from the San Mateo County Superior Court to the United States District Court for the Northern District of California, San Francisco Division, and is now pending as Case No. CV-07-6239 SC.

The nature of the Action remains the same as previously described in the Notice of Pendency of Real Property Claim (Lis Pendens) filed on February 21, 2007.

The Action involves a real property claim affecting certain real property situated in the City of Newark, County of Alameda, State of California, United States of America, commonly known as 36611 Sequoia Court, Newark, California, and more particularly described as follows:

- Lot 47, Tract 3725, filed October 29, 1976, Map Book 93, Pages 19-23, Alameda County Records; and
- Alameda County Assessor's Parcel Number 092A-0507-087.

An object of the Action is to set aside and void a transfer of title in the above-described property as being the product of a fraudulent conveyance.

Dated: March 3, 2008.

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By: _____
LONG X. DO

Attorneys for Plaintiffs ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC.

-1-

SUPPL. NOTICE OF PENDENCY OF ACTION (LIS PENDENS) RE 36611 SEQUOIA COURT

# ACKNOWLEDGMENT

State of California
County of _____San Francisco_____)

On __March 3, 2008__ before me, __Janet G. Beverly, Notary Public__
(insert name and title of the officer)

personally appeared __Long X. Do_____ _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____[signature]_____ (Seal)

JANET G. BEVERLY
COMM. #1610329
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires Oct. 1, 2009

# PROOF OF SERVICE

I, Tracey L. Douglas, declare: I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024 (San Francisco County). On March 4, 2008, I served the following document(s) described as **SUPPLEMENTAL NOTICE OF PENDENCY OF REAL PROPERTY CLAIM (LIS PENDENS) REGARDING 36611 SEQUOIA COURT, NEWARK, CALIFORNIA:**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed to the parties set forth below, via registered mail, return receipt requested.

☐ by transmitting via email the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Hugo Bonilla
1605 Wedgewood Drive
Hillsborough, CA 94010

Hugo Bonilla
36611 Sequoia Court
Newark, CA 94560

Hugo Bonilla
c/o LBC Mundial Corporation
362 East Grand Avenue
South San Francisco, CA 94080

Michelle Bonilla
36611 Sequoia Court
Newark, CA 94560

Reunion Mortgage Inc.
860 Hillview Court, Suite 300
Milpitas, CA 95035

Albert K. Martin
Attorney At Law
4 W. Fourth Avenue
San Mateo, CA 94402
*(Attorney for Hugo Bonilla)*

Dora Aberouette
36611 Sequoia Court
Newark, CA 94560

Dora Aberouette
37022 Locust Street
Newark, CA 94560

Dora Aberouette
170 Yorkshire Court
San Bruno, CA 94066

Gene Aberouette
170 Yorkshire Court
San Bruno, CA 94066

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
*A Professional Corporation*

-1-

PROOF OF SERVICE

     I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on March 4, 2008.

*[signature]*

Tracey L. Douglas

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

-2-

PROOF OF SERVICE