MICHAEL J. BAKER (No. 56492)
Email: mbaker@howardrice.com
WILLIAM J. LAFFERTY (No. 120814)
Email: wlafferty@howardrice.com
LONG X. DO (No. 211439)
Email: ldo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
 FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:   415/434-1600
Facsimile:    415/217-5910

Attorneys for Plaintiffs
ATR-KIM ENG FINANCIAL CORPORATION
and ATR-KIM ENG CAPITAL PARTNERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HUGO BONILLA and MONICA ARANETA,<br><br>Defendants. | Case No. C 07-06239 SC<br><br>PROOF OF SERVICE<br><br>Date:    March 21, 2008<br>Time:    10:00 a.m.<br>Place:   Courtroom 1, 17th Floor<br>Judge:  Hon. Samuel Conti |

1  I, Ashley B. Ray, declare:

2  I am a resident of the State of California and over the age of eighteen years, and not a
3  party to the within action; my business address is Three Embarcadero Center, 7th Floor, San
4  Francisco, California 94111-4024.  On March 14, 2008, I served the following document(s)
5  described as:

6  **PLAINTIFFS' INITIAL CASE MANAGEMENT CONFERENCE STATEMENT**

7  ☐ by transmitting via e-mail the document(s) listed above to the e-mail
8     address(es) indicated below on this date before 5:00 p.m.

9  ☐ by transmitting via facsimile the document(s) listed above to the fax number(s)
      set forth below on this date before 5:00 p.m.

10 ☒ by placing the document(s) listed above in a sealed envelope with postage
11    thereon fully prepaid, in the United States mail at San Francisco, California
      addressed as set forth below.

12 ☐ by causing personal delivery by First Legal Support Services of the
13    document(s) listed above to the person(s) at the address(es) set forth below; or

14 ☐ by placing the document(s) listed above in a sealed Federal Express envelope
      and affixing a pre-paid air bill, and causing the envelope to be delivered to a
15    Federal Express agent for delivery

16  Iain MacDonald, Esq.                    Michael Fallon, Esq.
    Heather Cutler, Esq.                    Law Offices of Michael C. Fallon
17  MacDonald & Associates                  100 E Street, Suite 219
    221 Sansome Street                      Santa Rosa, CA 95404
18  San Francisco, CA 94104                 *[Attorney for U.S. Trustee Janina Elder]*
    *[Attorneys for Hugo Bonilla]*

19

20  Julie Rome-Banks, Esq.
    Binder & Malter, LLP
21  2775 Park Avenue
    Santa Clara, CA 95050
22  *[Attorney for Monica Araneta]*

23  I am readily familiar with the practice for collection and processing of documents for
24  mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk &
25  Rabkin, A Professional Corporation, and that practice is that the documents are deposited
26  with the United States Postal Service with postage fully prepaid the same day as the day of
27  collection in the ordinary course of business.

28

PROOF OF SERVICE
-1-

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct. Executed at San Francisco, California on March 14, 2008.

_____
Ashley B. Ray

W03 031408-170140001/Y04/1487177/v1

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

PROOF OF SERVICE
-2-