1  MACDONALD & ASSOCIATES
   IAIN A. MACDONALD (State Bar No. 051073)
2  HEATHER A. CUTLER (State Bar No. 217837)
   221 Sansome Street
3  San Francisco, CA 94104-2323
   Telephone: (415) 362-0449
4  Facsimile: (415) 394-5544

5  Attorneys for Defendant,
   HUGO NERY BONILLA
6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 ATR-KIM ENG FINANCIAL
   CORPORATION AND ATR-KIM ENG
12 CAPITAL PARTNERS, INC.,              Case No. 07-06239 SC

13            Plaintiffs,                CERTIFICATE OF SERVICE

14       vs.

15 MONICA ARANETA AND HUGO NERY
   BONILLA,
16
              Defendants.
17

18       I, the undersigned, state that I am employed in the City and County of San Francisco, State of

19 California; that I am over the age of eighteen years and not a party to the within action; that my

20 business address is Two Embarcadero Center, Suite 1670, San Francisco, California, 94111-3930.

21       On the date hereon, I served the foregoing document(s) described as:

22                        CASE MANAGEMENT STATEMENT
23

24 on the following on this 14th day of March, 2008, at San Francisco, California:

25

26  William J. Lafferty, Esq.               Julie Rome-Banks, Esq.
    Howard Rice Nemerovski Canady           Binder & Malter, LLP
27    Falk & Rabkin, 7th Floor              2775 Park Ave.
    Three Embarcadero Center                Santa Clara, CA 95050
28  San Francisco, CA 94111-4024

                                                                                                    1
   CERTIFICATE OF SERVICE

| | |
|---|---|
| Michael Fallon, Esq. | Albert K. Martin, Esq. |
| Law Offices of Michael C. Fallon | Law Offices of Albert K. Martin |
| 100 E Street, Suite 219 | 4 West Fourth Ave., Ste. 508 |
| Santa Rosa, CA 95404 | San Mateo, CA 94402 |

___ **(By Personal Service)** By causing a true copy if said document(s), enclosed in a sealed envelope and addressed below, to be hand delivered.

_X_ **(By First Class U.S. Mail)** By causing a true copy if said document(s), enclosed in a sealed envelope addressed as below and with postage thereon fully prepared, to be placed in United States mail at San Francisco, California.

___ **(By Federal Express)** By causing a true copy if said document(s), enclosed in appropriate packaging and addressed as below and with delivery fee thereon fully prepaid, to be delivered to a Federal Express.

___ **(By Facsimile)** By causing a true copy if said document(s), to be transmitted by facsimile copying machine to telephone numbers shown below, known by or represented to me to be the receiving telephone number for facsimile copy transmission of the parties/persons/firms listed below. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made and that the foregoing is true and correct.

/s/
Heather A. Cutler

CERTIFICATE OF SERVICE