1  MICHAEL J. BAKER (No. 56492)
   Email:  mbaker@howardrice.com
2  WILLIAM J. LAFFERTY (No. 120814)
   Email:  wlafferty@howardrice.com
3  LONG X. DO (No. 211439)
   Email:  ldo@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California  94111-4024
   Telephone:    415/434-1600
7  Facsimile:    415/217-5910

8  Attorneys for Plaintiffs
   ATR-KIM ENG FINANCIAL CORPORATION
9  and ATR-KIM ENG CAPITAL PARTNERS, INC.

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14
                                        Case No. C 07-06239 SC
15  ATR-KIM ENG FINANCIAL
    CORPORATION and ATR-KIM ENG
16  CAPITAL PARTNERS, INC.,             **PROOF OF SERVICE REGARDING
                                        CLERK'S NOTICE RE CASE
17            Plaintiffs,               MANAGEMENT CONFERENCE SET
                                        FOR MARCH 21, 2008**
18        v.

19  HUGO BONILLA and MONICA
    ARANETA,
20
              Defendants.
21

22

23

24

25

26

27

28

                        PROOF OF SERVICE

1    I, Ashley B. Ray, declare:

2    I am a resident of the State of California and over the age of eighteen years, and not a

3    party to the within action; my business address is Three Embarcadero Center, 7th Floor, San

4    Francisco, California 94111-4024. On March 27, 2008, I served the following document(s)

5    described as:

6    **CLERK'S NOTICE RE CASE MANAGEMENT CONFERENCE SET FOR MARCH**

7    **21, 2008**

8    **PROOF OF SERVICE REGARDING CLERK'S NOTICE RE CASE**
     **MANAGEMENT CONFERENCE SET FOR MARCH 21, 2008**

9

10   ☐    by transmitting via e-mail the document(s) listed above to the e-mail
          address(es) indicated below on this date before 5:00 p.m.

11

12   ☐    by transmitting via facsimile the document(s) listed above to the fax number(s)
          set forth below on this date before 5:00 p.m.

13   ☒    by placing the document(s) listed above in a sealed envelope with postage
          thereon fully prepaid, in the United States mail at San Francisco, California
14        addressed as set forth below.

15   ☐    by causing personal delivery by First Legal Support Services of the
          document(s) listed above to the person(s) at the address(es) set forth below; or

16

17   ☐    by placing the document(s) listed above in a sealed Federal Express envelope
          and affixing a pre-paid air bill, and causing the envelope to be delivered to a
          Federal Express agent for delivery

18

19   Julie Rome-Banks, Esq.
     Binder & Malter, LLP
20   2775 Park Avenue
     Santa Clara, CA 95050
21   *[Attorney for Monica Araneta]*

22   I am readily familiar with the practice for collection and processing of documents for

23   mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk &

24   Rabkin, A Professional Corporation, and that practice is that the documents are deposited

25   with the United States Postal Service with postage fully prepaid the same day as the day of

26   collection in the ordinary course of business.

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

1    I declare under penalty of perjury under the laws of the State of California that the

2    foregoing is true and correct.  Executed at San Francisco, California on March 27, 2008.

Ashley B. Ray

W03 032708-170140001/Y04/1490085/v1

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

PROOF OF SERVICE
-2-