

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN

*A Professional Corporation*

June 5, 2008

Three Embarcadero Center
Seventh Floor
San Francisco, CA 94111-4024

Telephone 415.434.1600
Facsimile 415.217.5910
www.howardrice.com

Writer's Information:

Long X. Do
ldo@howardrice.com

BY HAND DELIVERY

Teresa De Martini, Courtroom Deputy
Chambers of the Hon. Samuel Conti
United States District Court for the Northern District of California
Courtroom 1, 17th Floor
450 Golden Gate Ave
San Francisco, California 94102

      Re:   *ATR-Kim Eng Financial Corp. v. Hugo Bonilla and Monica Araneta*
             Case No. CV-07-6239 SC

Dear Ms. De Martini:

     This law firm represents ATR-Kim Eng Financial Corporation and ATR-Kim Eng Capital Partners, Inc. (collectively "ATR"), Plaintiffs in the above-mentioned action. I write to inform you, for the reasons below, that ATR will not be filing a case management statement prior to the June 13, 2008, status conference scheduled in this case. This action has been reassigned to the Bankruptcy Court and should be closed in this Court.

     By way of background, ATR originally filed this action (the "Action") in San Mateo County Superior Court against, among others, Hugo Bonilla. Mr. Bonilla subsequently filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Northern District of California that is now pending before Judge Thomas E. Carlson as *In re Hugo N. Bonilla*, Bankr. Ct. Case No. 07-30309 (the "Bonilla Bankruptcy"). On December 10, 2007, ATR filed in this Court a notice of removal of the Action. The Court scheduled an initial case management conference for March 21, 2008. Meanwhile ATR filed in the Bonilla Bankruptcy an administrative motion seeking reassignment of this Action to Judge Carlson. ATR additionally requested this Court to continue the initial case management conference to allow Judge Carlson time to rule on the Administrative Motion. On March 20, 2008, this Court issued an order resetting the initial case management conference to June 13, 2008. *See* Clerk's Notice [docket no. 17].

     On April 7, 2008, Judge Carlson issued an Order re Administrative Motion to Consider Whether Cases Should be Related (the "Order of Reassignment"), of which a copy is attached

Courtroom of the Hon. Samuel Conti
June 5, 2008
Page 2

hereto as Exhibit A. Judge Carlson reassigned this Action to himself as a proceeding related to the Bonilla Bankruptcy and two adversary proceedings thereunder.[1] *See* Order of Reassignment at 2. ATR has paid all filing fees and submitted the necessary paperwork to effect reassignment of this Action to Judge Carlson. A copy of the Bankruptcy Court docket for the Action is attached hereto as Exhibit B.

Accordingly, because this Action has been reassigned from this Court to the Bankruptcy Court, ATR will not be filing a case management statement for the status conference scheduled in this Court on June 13, 2008. ATR respectfully requests that this Court cancel that status conference and close its file for this case.

Sincerely,

Long X. Do

cc:   Julie Rome-Banks, Esq. (Attorney for Defendant Monica Araneta)
      Nancy L. Fineman, Esq. (Attorney for Defendant Monica Araneta)
      Albert K. Martin, Esq. (Attorney for Defendant Hugo Bonilla)
      Iain A. MacDonald, Esq. (Attorney for Defendant Hugo Bonilla)

---

[1] ATR dismissed Bonilla from the Action after it was reassigned to the Bankruptcy Court.