**EXHIBIT A**

Entered on Docket
April 07, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: April 07, 2008

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HUGO NERY BONILLA,<br><br>         Debtor.<br>_____<br>ATR-KIM ENG CAPITAL PARTNERS, INC.,<br>and ATR-KIM ENG FINANCIAL<br>CORPORATION,<br><br>         Plaintiffs,<br><br>    vs.<br><br>HUGO NERY BONILLA and MONICA<br>ARAENTA,<br><br>         Defendants.<br>_____ | Case No. 07-30309 TEC<br><br>Chapter 7<br><br><br><br>Adv. Proc. No. 08-3031 TC |

### ORDER RE ADMINISTRATIVE MOTION TO CONSIDER
### WHETHER CASES SHOULD BE RELATED

On March 16, 2007, Hugo Bonilla filed the above-captioned bankruptcy case. On December 10, 2007, pursuant to 28 U.S.C. § 1452(a) and Fed. R. Bankr. Proc. 9027, ATR-Kim Eng Capital Partners, Inc. and ATR-Kim Eng Financial Corp. (collectively, ATR) filed in the United States District Court a notice of removal of the California state-court action *ATR-Kim Eng Financial Corp. and*

ORDER RE PLAINTIFFS' ADMINISTRATIVE MTN-1-

1  *ATR-Kim Eng Capital Partners, Inc. v. Hugo Bonilla and Monica*
2  *Araenta*, San Mateo County Superior Court case no. CIV-460691,
3  assigned District Court case no. CV-07-6239 (SC) (N.D. Cal.) (the
4  Removed Action).
5      On February 6, 2008, ATR filed in bankruptcy adversary
6  proceeding no. 07-3079 an Administrative Motion to Consider Whether
7  Cases Should be Related.  On March 11, 2008, Debtor filed an
8  objection to the Administrative Motion.
9      Because the Removed Action was not already pending in the
10 District Court at the time the bankruptcy case was filed, and
11 because the Removed Action is related to the above-captioned
12 bankruptcy case, the notice of removal should have been filed in
13 the bankruptcy court, and not in the District Court.  See L.B.R.
14 5011-1(a).  Although the notice of removal was filed in the
15 District Court, the Removed Action was still automatically referred
16 to the bankruptcy court.  See id.  The court enters this order
17 clarifying that the Removed Action was automatically referred to
18 this court (see Fed. R. Bankr. P. 9027(e)), and orders as follows:
19      (1)  The Removed Action is assigned adversary proceeding no.
20 08-3031 TC, and shall be assigned to the above-signed as a
21 proceeding related to bankruptcy case no. 07-30309 and to adversary
22 proceeding nos. 07-3079 and 07-3081.
23      (2)  On or before April 14, 2008, ATR shall:
24          (a) pay the Clerk's Office the $250 fee for opening the
25      above-captioned adversary proceeding; and
26          (b) file an adversary proceeding cover sheet.

ORDER RE PLAINTIFFS' ADMINISTRATIVE MTN- 2 -

1  (3) The court will enter a separate order setting a status
2  conference in adversary proceeding no. 08-3031 for April 11, 2008
3  at 9:30 a.m.
4  **END OF ORDER**

ORDER RE PLAINTIFFS' ADMINISTRATIVE MTN - 3 -

<pre>
 1                          Court Service List

 2  Michael J. Baker, Esq.
    William J. Lafferty, Esq.
 3  Matthew L. Beltramo, Esq.
    Howard, Rice, Nemerovski, Canady,
 4   Falk & Rabkin
    Three Embarcadero Center, 7th Floor
 5  San Francisco, CA 94111

 6  Iain A. Macdonald, Esq.
    Law Offices of Macdonald & Associates
 7  Two Embarcadero Center, Suite 1670
    San Francisco, CA 94111-3930
 8
    Michael C. Fallon, Esq.
 9  Law Offices of Michael C. Fallon
    100 E Street, Suite 219
10  Santa Rosa, CA 95404

11  Julie H. Rome-Banks, Esq.
    Law Offices of Binder and Malter
12  2775 Park Ave.
    Santa Clara, CA 95050
13  (408) 295-1700

14  Nancy L. Fineman, Esq.
    Cotchett, Illston and Pitre
15  San Francisco Airport Office Center
    840 Malcolm Rd. #200
16  Burlingame, CA 94010

17

18

19

20

21

22

23

24

25

26

27

28
</pre>