**EXHIBIT B**

# U.S. Bankruptcy Court
## Northern District of California (San Francisco)
## Adversary Proceeding #: 08-03031

*Assigned to:* Judge Thomas E. Carlson  
*Related BK Case:* 07-30309  
*Related BK Title:* Hugo Nery Bonilla  
*Related BK Chapter:* 7  
*Demand:*  
*Nature[s] of Suit:* 01 Determination of removed claim or cause

*Date Filed:* 04/07/08

### Plaintiff

------------------------

**ATR-Kim Eng Financial Corporation**      represented by **William J. Lafferty**  
Howard, Rice, Nemerovski, Canady et al

3 Embarcadero Center 7th Fl.  
San Francisco, CA 94111-4065  
(415) 434-1600  
Email: wlafferty@howardrice.com  
*LEAD ATTORNEY*

**ATR-Kim Eng Capital Partners, Inc.**     represented by **William J. Lafferty**  
(See above for address)  
*LEAD ATTORNEY*

V.

### Defendant

------------------------

**Hugo Nery Bonilla**                      represented by  
362 East Grand Avenue                      **Hugo Nery Bonilla**  
South San Francisco, CA 94080              PRO SE  
SSN: xxx-xx-2718  
*TERMINATED: 05/30/2008*

**Monica Araneta**                         represented by **Julie H. Rome-Banks**  
48-A McKinley Road                         Law Offices of Binder and Malter  
Forbes Park                                2775 Park Ave.  
Makati City 1219                           Santa Clara, CA 95050  
Philippines                                (408) 295-1700  
                                           Email: julie@bindermalter.com

| Filing Date | # | Docket Text |
|---|---|---|
| 04/07/2008 | 1 | Adversary case 08-03031. 01 (Determination of removed claim or cause) Complaint by ATR-Kim Eng Financial Corporation , ATR- |

| | | |
|---|---|---|
| | | Kim Eng Capital Partners, Inc. against Hugo Nery Bonilla, Monica Araneta. Fee Amount $250. Fee not provided. (ac, ) (Entered: 04/07/2008) |
| 04/07/2008 | 2 | Declaration of Long X in support of (RE: related document(s)1 Complaint). Filed by Plaintiffs ATR-Kim Eng Capital Partners, Inc., ATR-Kim Eng Financial Corporation (Attachments: # 1 Exhibit A# 2 Exhibit B) (ac, ) (Entered: 04/07/2008) |
| 04/07/2008 | 3 | Order RE Administrative Motion To Consider Whether Cases Should Be Related. (RE: related document(s)1 Complaint filed by Plaintiff ATR-Kim Eng Financial Corporation, Plaintiff ATR-Kim Eng Capital Partners, Inc.). (ac, ) (Entered: 04/07/2008) |
| 04/07/2008 | 4 | Order Regarding Initial Disclosures and Discovery Conference. (ac, ) (Entered: 04/07/2008) |
| 04/09/2008 | 5 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)3 Order). Service Date 04/09/2008. (Admin.) (Entered: 04/09/2008) |
| 04/09/2008 | 6 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)4 Discovery Order). Service Date 04/09/2008. (Admin.) (Entered: 04/09/2008) |
| 04/11/2008 | | Hearing Continued (Status Conference continued to 10/24/08 at 11:00 AM). (gh, ) (Entered: 04/11/2008) |
| 04/15/2008 | 7 | Order: (1) Consolidating adversary proceedings for trial; and (2) Setting trial-setting conference. (ac, ) (Entered: 04/16/2008) |
| 04/16/2008 | | Hearing Set On (RE: related document(s)7 Order: (1) Consolidating adversary proceedings for trial; and (2) Setting trial-setting conference. (ac, )). Hearing scheduled for 10/24/2008 at 11:00 AM at San Francisco Courtroom 23 - Carlson. (ac, ) (Entered: 04/16/2008) |
| 04/18/2008 | 8 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)7 Order). Service Date 04/18/2008. (Admin.) (Entered: 04/18/2008) |
| 04/22/2008 | 9 | Substitution of Attorney. Cotchett, Pitre & McCarthy and Binder & Malter, LLP added to the case.. Filed by Defendant Monica Araneta (Attachments: # 1 Certificate of Service) (Rome-Banks, Julie) (Entered: 04/22/2008) |
| 04/23/2008 | | Receipt of Adversary Filing Fee. Amount 250.00 from Sf Legal Support. Receipt Number 30045337. (cg) (Entered: 04/23/2008) |

| | | |
|---|---|---|
| 05/19/2008 | 10 | Stipulation to Dismiss *Defendant Hugo Bonilla and to Amend Complaint* Filed by Plaintiffs ATR-Kim Eng Capital Partners, Inc., ATR-Kim Eng Financial Corporation. (Attachments: # 1 Certificate of Service) (Lafferty, William) (Entered: 05/19/2008) |
| 05/30/2008 | 11 | Order pursuant to stipulation to dismiss defendant Hugo Bonilla and to amend complaint. (RE: related document(s)10 Stipulation to Dismiss filed by Plaintiff ATR-Kim Eng Financial Corporation, Plaintiff ATR-Kim Eng Capital Partners, Inc.). (ac, ) (Entered: 05/30/2008) |
| 06/01/2008 | 12 | BNC Certificate of Mailing (RE: related document(s)11 Order on Stipulation, ). Service Date 06/01/2008. (Admin.) (Entered: 06/01/2008) |
| 06/03/2008 | 13 | Amended Complaint -*Second Amended Complaint To Set Aside Fraudulent Transfer And To Recover Property Transferred, Or The Value Thereof* by William J. Lafferty on behalf of ATR-Kim Eng Capital Partners, Inc., ATR-Kim Eng Financial Corporation against Monica Araneta. (Lafferty, William) (Entered: 06/03/2008) |
| 06/03/2008 | 14 | Exhibit *A* (RE: related document(s)13 Amended Complaint, ). Filed by Plaintiffs ATR-Kim Eng Capital Partners, Inc., ATR-Kim Eng Financial Corporation (Lafferty, William) (Entered: 06/03/2008) |
| 06/03/2008 | 15 | Exhibit *B* (RE: related document(s)13 Amended Complaint, ). Filed by Plaintiffs ATR-Kim Eng Capital Partners, Inc., ATR-Kim Eng Financial Corporation (Lafferty, William) (Entered: 06/03/2008) |
| 06/03/2008 | 16 | Certificate of Service (RE: related document(s)13 Amended Complaint, ). Filed by Plaintiffs ATR-Kim Eng Capital Partners, Inc., ATR-Kim Eng Financial Corporation (Lafferty, William) (Entered: 06/03/2008) |
| 06/04/2008 | | **ERROR** Cover page with case information was not provided. (RE: related document(s)15 Exhibit filed by Plaintiff ATR-Kim Eng Financial Corporation, Plaintiff ATR-Kim Eng Capital Partners, Inc., 14 Exhibit filed by Plaintiff ATR-Kim Eng Financial Corporation, Plaintiff ATR-Kim Eng Capital Partners, Inc.). (ac, ) (Entered: 06/04/2008) |

**PACER Service Center**

**Transaction Receipt**

| 06/05/2008 11:15:51 | | | |
|---|---|---|---|
| PACER Login: | hr0035 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 08-03031 Fil or Ent: filed From: 4/4/2007 To: 6/5/2008 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 2 | Cost: | 0.16 |