MICHAEL J. BAKER (No. 56492)
WILLIAM J. LAFFERTY (No. 120814)
LONG X. DO (No. 211439)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

Attorneys for Plaintiffs
ATR-KIM ENG FINANCIAL CORPORATION and
ATR-KIM ENG CAPITAL PARTNERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HUGO NERY BONILLA and MONICA ARANETA, <br><br> Defendants. | No. CV 07-6239 SC <br><br> STIPULATION RE REASSIGNMENT TO BANKRUPTCY COURT; [PROPOSED] ORDER THEREON |

STIPULATION RE REASSIGNMENT; ORDER THEREON
-1-

Plaintiffs ATR-Kim Eng Financial Corporation and ATR-Kim Eng Capital Partners, Inc. (collectively, "ATR") and Defendants Hugo Nery Bonilla ("Bonilla") and Monica Araneta ("Araneta") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby enter into this Stipulation with reference to the following recitals.

## RECITALS

WHEREAS, ATR initiated an action against Bonilla and Araneta in the San Mateo County Superior Court, alleging claims of fraudulent transfer of certain real property in Hillsborough, California (the "ATR Action");

WHEREAS, after commencement of the ATR Action, Bonilla filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Northern District of California ("(Bankruptcy Court"), now pending before the Hon. Thomas E. Carlson as *In re Hugo N. Bonilla*, Bank. No. 07-30309 (the "Bonilla Bankruptcy");

WHEREAS, on December 10, 2007, ATR filed a notice of removal in this Court and removed the ATR Action from San Mateo County Superior Court to this Court, where it now is pending as the above-captioned action;

WHEREAS, on April 7, 2008, Judge Carlson of the Bankruptcy Court issued an order (the "April 7, 2008, Order") reassigning the ATR Action from this District Court to Judge Carlson in the Bankruptcy Court (a copy of the April 7, 2008, Order is attached hereto as Exhibit A); and

WHEREAS, pursuant to the April 7, 2008, Order, ATR has submitted all filing fees and paper work necessary to effect the reassignment, and the ATR Action now is pending before Judge Carlson as *ATR-Kim Eng Financial Corp. et al. v. Monica Araneta*, Adv. Proc. No. 08-3031 TEC.

WHEREFORE, due to the reassignment of the ATR Action from the District Court to the Bankruptcy Court, the Parties agree and stipulate that the ATR Action, insofar as it remains pending before the District Court, should be administratively transferred to the Hon. Thomas E. Carlson of the Bankruptcy Court under the adversary proceeding entitled *ATR-*

*Kim Eng Financial Corp. et al. v. Monica Araneta*, Adv. Proc. No. 08-3031 TEC.

### STIPULATION

The parties to the above-captioned action — Plaintiffs ATR-Kim Eng Financial Corporation and ATR-Kim Eng Capital Partners, Inc., and Defendants Hugo Nery Bonilla and Monica Araneta — by and through their respective undersigned counsel, hereby AGREE AND STIPULATE that the above-captioned action, insofar as it remains pending before the District Court, should be reassigned and administratively transferred to the Hon. Thomas E. Carlson of the Bankruptcy Court under the adversary proceeding entitled *ATR-Kim Eng Financial Corp. et al. v. Monica Araneta*, Adv. Proc. No. 08-3031 TEC.

Dated: June 12, 2008

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By: _____
LONG X. DO

Attorneys for ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC.

Dated: June ___, 2008

MACDONALD AND ASSOCIATES

ALBERT K. MARTIN, ESQ.

By: _____
ALBERT K. MARTIN

Attorneys for HUGO N. BONILLA

Dated: June 12, 2008

BINDER & MALTER, LLP

COTCHETT, PITRE & MCCARTHY

By: _____
JULIE ROME-BANKS

Attorneys for MONICA ARANETA

STIPULATION RE REASSIGNMENT; ORDER THEREON
-3-

1  *Kim Eng Financial Corp. et al. v. Monica Araneta*, Adv. Proc. No. 08-3031 TEC.

### STIPULATION

The parties to the above-captioned action — Plaintiffs ATR-Kim Eng Financial Corporation and ATR-Kim Eng Capital Partners, Inc., and Defendants Hugo Nery Bonilla and Monica Araneta — by and through their respective undersigned counsel, hereby AGREE AND STIPULATE that the above-captioned action, insofar as it remains pending before the District Court, should be reassigned and administratively transferred to the Hon. Thomas E. Carlson of the Bankruptcy Court under the adversary proceeding entitled *ATR-Kim Eng Financial Corp. et al. v. Monica Araneta*, Adv. Proc. No. 08-3031 TEC.

Dated: June ___, 2008        HOWARD RICE NEMEROVSKI CANADY
                                          FALK & RABKIN
                              A Professional Corporation

                              By: _____
                                   LONG X. DO

                              Attorneys for ATR-KIM ENG FINANCIAL
                              CORPORATION and ATR-KIM ENG CAPITAL
                              PARTNERS, INC.


Dated: June ___, 2008         MACDONALD AND ASSOCIATES

                              ALBERT K. MARTIN, ESQ.

                              By: /s/ _____
                                   ALBERT K. MARTIN

                              Attorneys for HUGO N. BONILLA


Dated: June ___, 2008         BINDER & MALTER, LLP

                              COTCHETT, PITRE & MCCARTHY

                              By: _____
                                   JULIE ROME-BANKS

                              Attorneys for MONICA ARANETA