# ORDER

Pursuant to the foregoing Stipulation,

**IT IS HEREBY ORDERED** that the above-entitled action shall immediately be reassigned and transferred to the Hon. Thomas E. Carlson of the Bankruptcy Court as adversary proceeding *ATR-Kim Eng Financial Corp. et al. v. Monica Araneta*, Adv. Proc. No. 08-3031 TEC.

DATED:

_____
HON. SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*