# EXHIBIT A

**Entered on Docket
April 07, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: April 07, 2008

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HUGO NERY BONILLA,<br><br>            Debtor.<br>_____<br>ATR-KIM ENG CAPITAL PARTNERS, INC.,<br>and ATR-KIM ENG FINANCIAL<br>CORPORATION,<br><br>            Plaintiffs,<br><br>    vs.<br><br>HUGO NERY BONILLA and MONICA<br>ARAENTA,<br><br>            Defendants. | Case No. 07-30309 TEC<br><br>Chapter 7<br><br><br><br>Adv. Proc. No. 08-3031 TC |

### ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

On March 16, 2007, Hugo Bonilla filed the above-captioned bankruptcy case. On December 10, 2007, pursuant to 28 U.S.C. § 1452(a) and Fed. R. Bankr. Proc. 9027, ATR-Kim Eng Capital Partners, Inc. and ATR-Kim Eng Financial Corp. (collectively, ATR) filed in the United States District Court a notice of removal of the California state-court action *ATR-Kim Eng Financial Corp. and*

ORDER RE PLAINTIFFS' ADMINISTRATIVE MTN -1-

1 | *ATR-Kim Eng Capital Partners, Inc. v. Hugo Bonilla and Monica
2 | Araenta*, San Mateo County Superior Court case no. CIV-460691,
3 | assigned District Court case no. CV-07-6239 (SC) (N.D. Cal.) (the
4 | Removed Action).
5 |     On February 6, 2008, ATR filed in bankruptcy adversary
6 | proceeding no. 07-3079 an Administrative Motion to Consider Whether
7 | Cases Should be Related.  On March 11, 2008, Debtor filed an
8 | objection to the Administrative Motion.
9 |     Because the Removed Action was not already pending in the
10 | District Court at the time the bankruptcy case was filed, and
11 | because the Removed Action is related to the above-captioned
12 | bankruptcy case, the notice of removal should have been filed in
13 | the bankruptcy court, and not in the District Court.  See L.B.R.
14 | 5011-1(a).  Although the notice of removal was filed in the
15 | District Court, the Removed Action was still automatically referred
16 | to the bankruptcy court.  See id.  The court enters this order
17 | clarifying that the Removed Action was automatically referred to
18 | this court (see Fed. R. Bankr. P. 9027(e)), and orders as follows:
19 |     (1)  The Removed Action is assigned adversary proceeding no.
20 | 08-3031 TC, and shall be assigned to the above-signed as a
21 | proceeding related to bankruptcy case no. 07-30309 and to adversary
22 | proceeding nos. 07-3079 and 07-3081.
23 |     (2)  On or before April 14, 2008, ATR shall:
24 |         (a) pay the Clerk's Office the $250 fee for opening the
25 |     above-captioned adversary proceeding; and
26 |         (b) file an adversary proceeding cover sheet.
27 |
28 |

ORDER RE PLAINTIFFS' ADMINISTRATIVE MTN -2-

1      (3) The court will enter a separate order setting a status
2  conference in adversary proceeding no. 08-3031 for April 11, 2008
3  at 9:30 a.m.

                              **\*\*END OF ORDER\*\***

ORDER RE PLAINTIFFS' ADMINISTRATIVE MTN-3-

<u>**Court Service List**</u>

Michael J. Baker, Esq.
William J. Lafferty, Esq.
Matthew L. Beltramo, Esq.
Howard, Rice, Nemerovski, Canady,
 Falk & Rabkin
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111

Iain A. Macdonald, Esq.
Law Offices of Macdonald & Associates
Two Embarcadero Center, Suite 1670
San Francisco, CA 94111-3930

Michael C. Fallon, Esq.
Law Offices of Michael C. Fallon
100 E Street, Suite 219
Santa Rosa, CA 95404

Julie H. Rome-Banks, Esq.
Law Offices of Binder and Malter
2775 Park Ave.
Santa Clara, CA 95050
(408) 295-1700

Nancy L. Fineman, Esq.
Cotchett, Illston and Pitre
San Francisco Airport Office Center
840 Malcolm Rd. #200
Burlingame, CA 94010