MICHAEL J. BAKER (No. 56492)
WILLIAM J. LAFFERTY (No. 120814)
LONG X. DO (No. 211439)
HOWARD RICE NEMEROVSKI CANADY
      FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

Attorneys for Plaintiffs
ATR-KIM ENG FINANCIAL CORPORATION and
ATR-KIM ENG CAPITAL PARTNERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HUGO NERY BONILLA and MONICA ARANETA, <br><br> Defendants. | No. CV 07-6239 SC <br><br> STIPULATION RE REASSIGNMENT TO BANKRUPTCY COURT; [PROPOSED] ORDER THEREON |

STIPULATION RE REASSIGNMENT; ORDER THEREON
-1-

Plaintiffs ATR-Kim Eng Financial Corporation and ATR-Kim Eng Capital Partners, Inc. (collectively, "ATR") and Defendants Hugo Nery Bonilla ("Bonilla") and Monica Araneta ("Araneta") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby enter into this Stipulation with reference to the following recitals.

## RECITALS

WHEREAS, ATR initiated an action against Bonilla and Araneta in the San Mateo County Superior Court, alleging claims of fraudulent transfer of certain real property in Hillsborough, California (the "ATR Action");

WHEREAS, after commencement of the ATR Action, Bonilla filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Northern District of California ("(Bankruptcy Court"), now pending before the Hon. Thomas E. Carlson as *In re Hugo N. Bonilla*, Bank. No. 07-30309 (the "Bonilla Bankruptcy");

WHEREAS, on December 10, 2007, ATR filed a notice of removal in this Court and removed the ATR Action from San Mateo County Superior Court to this Court, where it now is pending as the above-captioned action;

WHEREAS, on April 7, 2008, Judge Carlson of the Bankruptcy Court issued an order (the "April 7, 2008, Order") reassigning the ATR Action from this District Court to Judge Carlson in the Bankruptcy Court (a copy of the April 7, 2008, Order is attached hereto as Exhibit A); and

WHEREAS, pursuant to the April 7, 2008, Order, ATR has submitted all filing fees and paper work necessary to effect the reassignment, and the ATR Action now is pending before Judge Carlson as *ATR-Kim Eng Financial Corp. et al. v. Monica Araneta*, Adv. Proc. No. 08-3031 TEC.

WHEREFORE, due to the reassignment of the ATR Action from the District Court to the Bankruptcy Court, the Parties agree and stipulate that the ATR Action, insofar as it remains pending before the District Court, should be administratively transferred to the Hon. Thomas E. Carlson of the Bankruptcy Court under the adversary proceeding entitled *ATR-*

*Kim Eng Financial Corp. et al. v. Monica Araneta*, Adv. Proc. No. 08-3031 TEC.

### STIPULATION

The parties to the above-captioned action — Plaintiffs ATR-Kim Eng Financial Corporation and ATR-Kim Eng Capital Partners, Inc., and Defendants Hugo Nery Bonilla and Monica Araneta — by and through their respective undersigned counsel, hereby AGREE AND STIPULATE that the above-captioned action, insofar as it remains pending before the District Court, should be reassigned and administratively transferred to the Hon. Thomas E. Carlson of the Bankruptcy Court under the adversary proceeding entitled *ATR-Kim Eng Financial Corp. et al. v. Monica Araneta*, Adv. Proc. No. 08-3031 TEC.

Dated: June 12, 2008

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By: _____
LONG X. DO

Attorneys for ATR-KIM ENG FINANCIAL CORPORATION and ATR-KIM ENG CAPITAL PARTNERS, INC.

Dated: June ___, 2008

MACDONALD AND ASSOCIATES

ALBERT K. MARTIN, ESQ.

By: _____
ALBERT K. MARTIN

Attorneys for HUGO N. BONILLA

Dated: June 12, 2008

BINDER & MALTER, LLP

COTCHETT, PITRE & McCARTHY

By: _____
JULIE ROME-BANKS

Attorneys for MONICA ARANETA

*Kim Eng Financial Corp. et al. v. Monica Araneta*, Adv. Proc. No. 08-3031 TEC.

### STIPULATION

The parties to the above-captioned action — Plaintiffs ATR-Kim Eng Financial Corporation and ATR-Kim Eng Capital Partners, Inc., and Defendants Hugo Nery Bonilla and Monica Araneta — by and through their respective undersigned counsel, hereby AGREE AND STIPULATE that the above-captioned action, insofar as it remains pending before the District Court, should be reassigned and administratively transferred to the Hon. Thomas E. Carlson of the Bankruptcy Court under the adversary proceeding entitled *ATR-Kim Eng Financial Corp. et al. v. Monica Araneta*, Adv. Proc. No. 08-3031 TEC.

Dated: June ___, 2008          HOWARD RICE NEMEROVSKI CANADY
                                              FALK & RABKIN
                                A Professional Corporation

                                By:_____
                                        LONG X. DO

                                Attorneys for ATR-KIM ENG FINANCIAL
                                CORPORATION and ATR-KIM ENG CAPITAL
                                PARTNERS, INC.

Dated: June ___, 2008          MACDONALD AND ASSOCIATES

                                ALBERT K. MARTIN, ESQ.

                                By:_____
                                        ALBERT K. MARTIN

                                Attorneys for HUGO N. BONILLA

Dated: June ___, 2008          BINDER & MALTER, LLP

                                COTCHETT, PITRE & MCCARTHY

                                By:_____
                                        JULIE ROME-BANKS

                                Attorneys for MONICA ARANETA

# ORDER

Pursuant to the foregoing Stipulation,

**IT IS HEREBY ORDERED** that the above-entitled action shall immediately be reassigned and transferred to the Hon. Thomas E. Carlson of the Bankruptcy Court as adversary proceeding *ATR-Kim Eng Financial Corp. et al. v. Monica Araneta*, Adv. Proc. No. 08-3031 TEC.

DATED:    6/13/08



_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Samuel Conti

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

STIPULATION RE REASSIGNMENT; ORDER THEREON
-4-

# EXHIBIT A

**Entered on Docket
April 07, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



Signed and Filed: April 07, 2008

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 07-30309 TEC |
| HUGO NERY BONILLA, | Chapter 7 |
| Debtor. | |
| ATR-KIM ENG CAPITAL PARTNERS, INC., and ATR-KIM ENG FINANCIAL CORPORATION, | Adv. Proc. No. 08-3031 TC |
| Plaintiffs, | |
| vs. | |
| HUGO NERY BONILLA and MONICA ARAENTA, | |
| Defendants. | |

### ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

On March 16, 2007, Hugo Bonilla filed the above-captioned bankruptcy case. On December 10, 2007, pursuant to 28 U.S.C. § 1452(a) and Fed. R. Bankr. Proc. 9027, ATR-Kim Eng Capital Partners, Inc. and ATR-Kim Eng Financial Corp. (collectively, ATR) filed in the United States District Court a notice of removal of the California state-court action *ATR-Kim Eng Financial Corp. and*

ORDER RE PLAINTIFFS' ADMINISTRATIVE MTN -1-

*ATR-Kim Eng Capital Partners, Inc. v. Hugo Bonilla and Monica Araenta*, San Mateo County Superior Court case no. CIV-460691, assigned District Court case no. CV-07-6239 (SC) (N.D. Cal.) (the Removed Action).

On February 6, 2008, ATR filed in bankruptcy adversary proceeding no. 07-3079 an Administrative Motion to Consider Whether Cases Should be Related. On March 11, 2008, Debtor filed an objection to the Administrative Motion.

Because the Removed Action was not already pending in the District Court at the time the bankruptcy case was filed, and because the Removed Action is related to the above-captioned bankruptcy case, the notice of removal should have been filed in the bankruptcy court, and not in the District Court. See L.B.R. 5011-1(a). Although the notice of removal was filed in the District Court, the Removed Action was still automatically referred to the bankruptcy court. See id. The court enters this order clarifying that the Removed Action was automatically referred to this court (see Fed. R. Bankr. P. 9027(e)), and orders as follows:

(1) The Removed Action is assigned adversary proceeding no. 08-3031 TC, and shall be assigned to the above-signed as a proceeding related to bankruptcy case no. 07-30309 and to adversary proceeding nos. 07-3079 and 07-3081.

(2) On or before April 14, 2008, ATR shall:
   (a) pay the Clerk's Office the $250 fee for opening the above-captioned adversary proceeding; and
   (b) file an adversary proceeding cover sheet.

ORDER RE PLAINTIFFS' ADMINISTRATIVE MTN -2-

1    (3) The court will enter a separate order setting a status
2 conference in adversary proceeding no. 08-3031 for April 11, 2008
3 at 9:30 a.m.

**\*\*END OF ORDER\*\***

ORDER RE PLAINTIFFS' ADMINISTRATIVE MTN -3-

```
 1                         Court Service List

 2   Michael J. Baker, Esq.
     William J. Lafferty, Esq.
 3   Matthew L. Beltramo, Esq.
     Howard, Rice, Nemerovski, Canady,
 4    Falk & Rabkin
     Three Embarcadero Center, 7th Floor
 5   San Francisco, CA 94111

 6   Iain A. Macdonald, Esq.
     Law Offices of Macdonald & Associates
 7   Two Embarcadero Center, Suite 1670
     San Francisco, CA 94111-3930
 8
     Michael C. Fallon, Esq.
 9   Law Offices of Michael C. Fallon
     100 E Street, Suite 219
10   Santa Rosa, CA 95404

11   Julie H. Rome-Banks, Esq.
     Law Offices of Binder and Malter
12   2775 Park Ave.
     Santa Clara, CA 95050
13   (408) 295-1700

14   Nancy L. Fineman, Esq.
     Cotchett, Illston and Pitre
15   San Francisco Airport Office Center
     840 Malcolm Rd. #200
16   Burlingame, CA 94010

17

18

19

20

21

22

23

24

25

26

27

28
```