**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 16, 2008

U.S. Bankruptcy Court
Northern District of California
Hon. Thomas E. Carlton
P.O. Box 7341
San Francisco, CA 94120-7341

RE: CV 07-06239 SC   ATR-KIM ENG FINANCIAL-v-HUGO BONILLA

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

   ☒ Certified copy of docket entries.

   ☒ Certified copy of Transferral Order.

   ☒ Original case file documents.

   ☒ Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

       Sincerely,
       RICHARD W. WIEKING, Clerk


       by:  Alfred Amistoso
       Case Systems Administrator

Enclosures
Copies to counsel of record

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 16, 2008

U.S. Bankruptcy Court
Northern District of California
Hon. Thomas E. Carlton
P.O. Box 7341
San Francisco, CA 94120-7341

RE: CV 07-06239 SC   ATR-KIM ENG FINANCIAL-v-HUGO BONILLA

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒    Certified copy of docket entries.

☒    Certified copy of Transferral Order.

☒    Original case file documents.

☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 16, 2008

U.S. Bankruptcy Court
Northern District of California
Hon. Thomas E. Carlton
P.O. Box 7341
San Francisco, CA 94120-7341


RE: CV 07-06239 SC   ATR-KIM ENG FINANCIAL-v-HUGO BONILLA

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,
    RICHARD W. WIEKING, Clerk


    by:  Alfred Amistoso
    Case Systems Administrator

Enclosures
Copies to counsel of record

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 16, 2008

U.S. Bankruptcy Court
Northern District of California
Hon. Thomas E. Carlton
P.O. Box 7341
San Francisco, CA 94120-7341

RE: CV 07-06239 SC   ATR-KIM ENG FINANCIAL-v-HUGO BONILLA

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,
    RICHARD W. WIEKING, Clerk

    by: Alfred Amistoso
    Case Systems Administrator

Enclosures
Copies to counsel of record