RECEIVED

JUN 1 8 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED

08 JUN 23 PM 12: 29

Richard W. Wieking
Clerk NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

June 16, 2008

General Court Number
415.522.2000

U.S. Bankruptcy Court
Northern District of California
Hon. Thomas E. Carlton
P.O. Box 7341
San Francisco, CA 94120-7341

RE: CV 07-06239 SC    ATR-KIM ENG FINANCIAL-v-HUGO BONILLA

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☒    Certified copy of docket entries.

    ☒    Certified copy of Transferral Order.

    ☒    Original case file documents.

    ☒    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record